**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Origin Food Group, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-2243497 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 306 Stamey Farm Road<br>Statesville, NC 28677 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Iredell<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    www.originfoodgroup.com

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  __Origin Food Group, LLC__                                  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____  Case number, if known _____

Debtor  Origin Food Group, LLC _____   Case number (*if known*) _____
       Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name   _____
        Phone          _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  Origin Food Group, LLC                               Case number (if known)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 20, 2025
              MM / DD / YYYY

X /s/ Halil Ulukaya                                         Halil Ulukaya
  Signature of authorized representative of debtor           Printed name

Title  President

**18. Signature of attorney**

X /s/ John C. Woodman                                       Date  August 20, 2025
  Signature of attorney for debtor                                MM / DD / YYYY

John C. Woodman
Printed name

ESSEX RICHARDS PA
Firm name

1701 South Boulevard
Charlotte, NC 28203
Number, Street, City, State & ZIP Code

Contact phone  (704) -37-7-43x00     Email address  jwoodman@essexrichards.com

42365 NC
Bar number and State

## COMPANY RESOLUTION

I, the undersigned, being the officer ORIGIN FOOD GROUP, LLC a North Carolina limited liability company (the "Company"), having a registered office at 306 Stamey Farm Rd, Statesville, NC 28677 do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting the Company:

**RESOLVED**, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

**FURTHER RESOLVED**, that the officer of the Company is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

**FURTHER RESOLVED**, that the retention on behalf of the Company of the law firm of Essex Richards, P.A., upon such terms and conditions as the Officer of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are each severally authorized to retain on behalf of the Company such other professionals as the Officer of the Company deem necessary or appropriate, upon such terms and conditions as the Officer of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all actions taken by the Officer of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
      August 20, 2025

ORIGIN FOOD GROUP, LLC

By: _____

Print Name: Halil Ulukaya
Its: Manager

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| **ORIGIN FOOD GROUP, LLC.** | ) | Case No. 25- |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for **ORIGIN FOOD GROUP, LLC** in the above captioned action, certifies that the following is a limited liability company, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

ELENI GROUP, LLC – 100%

Date: August 20, 2025
Charlotte, NC

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

**ORIGIN FOOD GROUP, LLC**

By: _____

Print Name: Halil Ulukaya
Its: Manager

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| **ORIGIN FOOD GROUP, LLC.** | ) | Case No. 25- |
| | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Below is a list of the Debtor's equity security holders which is prepared in accordance with Bankruptcy Rule 1007(a)(3) for filing in this Chapter 11 case:

Eleni Group, LLC – 100%

Date: August 20, 2025
Charlotte, NC

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

**ORIGIN FOOD GROUP, LLC**

By: _____
Print Name: Halil Ulukaya
Its: Manager

# United States Bankruptcy Court
## Western District of North Carolina

In re: Origin Food Group, LLC

Debtor(s)

Case No.

Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 20, 2025

/s/ Halil Ulukaya
Halil Ulukaya/President
Signer/Title

306 Stamey Farm Road
Statesville, NC 28677


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Attorney's Office
Western District of North Carolina
227 West Trade Street Suite 1650
Charlotte, NC 28202


John C. Woodman
1701 South Blvd.
Charlotte, NC 28203


N.C. Depart of Revenue/Bankruptcy Unit
P O Box 1168
Raleigh, NC 27602-1168


City-County Tax Collector
P O Box 31637
Charlotte, NC 28231


Agrana Fruit US, Inc.
P.O. Box 641621
Pittsburgh, PA 15264-1621


Airgas USA, LLC
P.O. Box 734672
Dallas, TX 75373


Allied Bearings & Supply, Inc.
P.O. Box 6417
Statesville, NC 28687-6417


American Packaging Machinery, Inc.
2550 South Eastwood Dr.
Woodstock, IL 60098


AmeriGas
P.O. Box 371473
Pittsburgh, PA 15250-7473


AMX Leasing and Logistics
P.O. Box 896901
Charlotte, NC 28289-6901

Assa Abloy Entrance/CNC Door
10400 Bryton Corporate Center Dr.
Suite 500
Huntersville, NC 28078


Associated Packating, inc.
2049 Old Mountain Road
Statesville, NC 28625


Atlantic Ingredients
3526 Centre Circle
Fort Mill, SC 29715


Atlas Copco Rental, LLC
Dept. 3243
P.O. Box 123243
Dallas, TX 75312


Barbara Alarcon
559 North Main Street
Davidson, NC 28036


Barry Callebaut USA, LLC
Lockbox #28543
28543 Network Place
Chicago, IL 60673-1285


Batory Foods
P.O. Box 735916
Dallas, TX 75373-5916


Beacon Pointe Labs
150 N. Research Campus Dr.
Kannapolis, NC 28081


Before You Hire, Inc.
2117 Simonton Rd., Ste. 101
Statesville, NC 28625


Berkshire Dairy & Food Products
32145 Collection Center Dr.
Chicago, IL 60693-0321


Bridgefield Casualty Insurance Co.
P.O. Box 32034
Lakeland, FL 33802-2034


Briess Industries, Inc.
Box 88679
Milwaukee, WI 53288-8679


Bug Out
P.O. Box 740608
Cincinnati, OH 45274-0608

Bunge Loders Croklaan
P.O. Box 751594
Charlotte, NC 28275


Carolina Forklift Equipment, LLC
818 Widgeon Road
Norfolk, VA 23513


Carolina Process Equipment LLC
105 Furlong Industrial Dr.
Kernersville, NC 27284


Chem Treat, Inc.
15045 Collections Center Dr.
Chicago, IL 60693


CHR Hansen
P.O. Box 7410966
Chicago, IL 60674


Cintas
P.O. Box 631025
Cincinnati, OH 45263-1025


Cintas
P.O. Box 630803
Cincinnati, OH 45263-0803


CKS Packaging, Inc.
Box 744915
Atlanta, GA 30374-4915


Cobblestone Milk Co. Op
26245 Oxford Rd.
Chatham, VA 24531


CSC
P.O. Box 7410023
Chicago, IL 60674-5023


Custom Logistics, Inc.
201 St. Paul's Church Rd., Ste.203
Newton, NC 28658


DanFill, Inc. -234048
P.O. box 84048
Chicago, IL 60689


Danisco USA, Inc.
P.O. Box 32020
New York, NY 10087-2020


Darlington Dairy Supply Co., Inc.
P.O. Box 119
Darlington, WI 53530-0119

Dominion Energy
P.O. Box 100256
Columbia, SC 29202-3256


DSM Food Specialties, USA
250 Plainsboro Road
Plainsboro, NJ 08536


Ecolab
P.O. Box 21755
New York, NY 10087-1755


Elena Mitchell
Moore & Van Allen
100 North Tryon Street, Ste.
Charlotte, NC 28202-4003


Energy United
P.O. Box 1831
Statesville, NC 28687


Energy United
P.O. Box 1831
Statesville, NC 28687-1831


Energy United Water
250 McClain Rd.
Hiddenite, NC 28636


Envirolink, Inc.
4700 Homewood Court, Ste. 108
Raleigh, NC 27609


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


Genista Biosciences
5285 Hellyer Ave., Ste. 120
San Jose, CA 95138


George Samartizis Omega Foods, Inc.
57 Fairhaven Dr.
Allendale, NJ 07401


Hale Trailer
P.O. Box 1400
Voorhees, NJ 08043


Hanna Instruments
584 Park East Dr.
Woonsocket, RI 02895


High Country Springs
P.O. Box 238
Pilot Mountain, NC 27041

Hillary Crabtree
Moore & Van Allen
100 North Tryon Street, Ste. 4700
Charlotte, NC 28202-4003


Icelandic Provisions, Inc.
134 West 25th Street, 7th Floor
New York, NY 10001


IFANCA
2004 Miner St.
Des Plaines, IL 60016


International Flavors & Fragrances
c/o JP Morgan Chase
P.O. Box 28187
New York, NY 10087-8187


IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223


IPS Packaging
P.O. Box 63477
Charlotte, NC 28263-3477


Iredell County Tax Coll.
P.O. Box 1027
Statesville, NC 28687-1027


Jimbo's Jumbos
P.O. Box 149
Severn, NC 27877


Jules and Associates, Inc.
515 South Figueroa St.
Ste. 1900
Los Angeles, CA 90071


Jules and Associates, Inc.
515 South Figueroa St., Ste. 1900
Los Angeles, CA 90071


Keepsafe Security Systems
P.O. Box 787
Troutman, NC 28166


Kelly Services, Inc.
P.O. Box 530437
Atlanta, GA 30353-0437


Kerr by Ingredion, Inc.
P.O Box 409882
Atlanta, GA 30384-9882

LaEurofins Microbiology Lab
P.O. Box 1445
Carol Stream, IL 60132


Lake Norman Oil Co., Inc.
1546 Salisbury Rd.
Statesville, NC 28677


Lentz Septic Tank Service
410 Lentz Rd.
Statesville, NC 28625-1596


Longitude 80 Dairies, Inc.
Attn: Clifton W. Homesley
c/o Homesley & Wingo Law Group, PLLC
330 South Main Street
Mooresville, NC 28115


Martin and Pellegrin, CPAs
103 Ramey Rd.
Houma, LA 70360


McMaster-Carr Supply Company
P.O. Box 7690
Chicago, IL 60680-7690


MD & VA Milk Producers
P.O. Box 392629
Pittsburgh, PA 15251-9629


MEGACORP Logistics
P.O. Box 1050
Wrightsville Beach, NC 28480


Merchants Distributors, LLC
5005 Alex Lee Boulevard
Hickory, NC 28603


Milkco, Inc.
Box 16160
Asheville, NC 22816


Modern Packaging, LLC
P.O. Box 933411
Cleveland, OH 44193


National Fleet Management
P.O. Box 896738
Charlotte, NC 28289


Navitas Credit Corp.
P.O. Box 935204
Atlanta, GA 31193

Nelson Jameson, Inc.
P.O. Box 1147
Marshfield, WI 54449


Northern Trust Co. / Treemont Holding LP
Attn: Eileen Reiss
600 Brickell Ave.
Miami, FL 33131


Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Dr.
Chicago, IL 60693


Origin Food Group, LLC
306 Stamey Farm Road
Statesville, NC 28677


Perfect Stix, LLC
4776 Old Dixie Highway
Vero Beach, FL 32967


Pet DFA Dairy Brands
P.O. Box 746496
Atlanta, GA 30374-6496


Piedmont Forklift Handling, Inc.
120 South Oakland Ave.
Statesville, NC 28677


Powerhouse Equipment & Engineering Co.
P.O. Box 200128
Pittsburgh, PA 15251-0128


Pump South, Inc.
P.O. Box 1167
Fountain Inn, SC 29644


R-Biopharm, Inc.
870 Vossbrink Dr.
Washington, MO 63090


Realzyme, LLC
219 Suite E South Pioneer Blvd.
Springboro, OH 45066


Refrigeration Design & Service
352 Newbold Rd.
Fairless Hills, PA 19030


RGK Associates, LLC
15 S. Helderberg Pkwy.
Slingerlands, NY 12159

Robert C. Bowers
Moore & Van Allen
100 North Tryon St., Ste. 4700
Charlotte, NC 28202-4003


Rocheleau Tool & Die Co.
10 Stevens Rd.
Fitchburg, MA 01420


Ryson Intrenational, Inc.
300 Newsome Dr.
Yorktown, VA 23692


Scott Search Group, LLC
10304 Drake Hill Dr.
Huntersville, NC 28078-5395


Sentinal Risk Advisors
4700 Six Forks Rd., Ste. 200
Raleigh, NC 27609


Sentry Insurance
P.O. Box 8048
Stevens Point, WI 54481-8048


Skyview Technology
P.O. Box 296
Cornelius, NC 28031


Stamey Farms
255 Stamey Farm Rd.
Statesville, NC 28677


Stanpack Inc.
7158 Solutions Center
Chicago, IL 60677-7001


Staples
P.O. Box 105748
Atlanta, GA 30348-5748


Statesville Analytical Holdings, LLC
P.O Box 228
Statesville, NC 28687


Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211


Technogel American, Inc.
2106-C Cheshire Way
Greensboro, NC 27405


Tetra Pak Inc.
Dept. Ch. 10803
Palatine, IL 60055-0803

The Cincinnati Insurance Companies
P.O. Box 145620
Cincinnati, OH 45250-5620


Tochiba America Business Solutions
P.O. Box 418600
Boston, MA 02241


Toshiba Financial Services
P.O. Box 790448
Saint Louis, MO 63179-0448


Treehouse California Almonds
P.O. Box 12150
Earlimart, CA 93219


Treemount Trading Limited
Attn: Barbara Alarcon
559 North Main Street
Davidson, NC 28036


Tropical Nut & Fruit
P.O. Box 936845
Atlanta, GA 31193-6845


Truist
P.O. Box 580340
Charlotte, NC 25258-0340


UHS Premium Billing
P.O. Box 94017
Palatine, IL 60094-4017


Uline
P.O. Box 88741
Chicago, IL 60680-1741


United Leasing, Inc.
7001 Paul Payne Rd.
Taylorsville, NC 28681


United Refrigeration, Inc.
11401 Roosevelt Blvd.
Philadelphia, PA 19154-2197


Vista Strategies & Solutions Group, LLc
1504 Fifth Ave.
West Hendersonville, NC 28739


Wells Fargo Business Line
P.O. .Box 51174
Los Angeles, CA 90051-5474


Wells Fargo Equipment Finance
P.O. Box 858178
Minneapolis, MN 55485-8178

```
Westside Real Estate, LLC
P.O. Box 7621
Statesville, NC 28687


Whiteman Osterman & Hanna, LLP
One Commerce Plaza
Albany, NY 12260
```