**Fill in this information to identify the case:**

Debtor name   Origin Food Group, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   25-50268

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☑ Schedule H: Codebtors (Official Form 206H)
☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9-10-25          X /s/  Halil Ulukaya

Signature of individual signing on behalf of debtor

Halil Ulukaya
Printed name

President
Position or relationship to debtor

Official Form 202                     Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    Origin Food Group, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    25-50268

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................    $ _____ 788,575.36

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $ _____ 788,575.36

---

**Part 2:    Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................    $ _____ 4,261,360.83

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ 49,466.04

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____ 2,794,497.79

4.    **Total liabilities** ....................................................................................
    Lines 2 + 3a + 3b

$ _____ 7,105,324.66

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Origin Food Group, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    25-50268

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   Truist Bank | Checking | 2545 | $64,598.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$64,598.00

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   Enbridge f/k/a Dominion Energy (deposit for gas) | $13,000.00 |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$13,000.00

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Origin Food Group, LLC    Case number *(If known)* 25-50268
_____
Name

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less: _____378,254.69_____ - _____12,404.24_____ = .... | $365,850.45
face amount                               doubtful or uncollectible accounts

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.   Copy the total to line 82. | $365,850.45

## Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Milk, Sugar, Cultures, Packaging materials, ingredients. | | $0.00 | Recent cost | $314,779.11 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Drinkable Yogurt; Greek Yogurt | | $0.00 | Replacement | $30,296.80 |
| 22. | **Other inventory or supplies** Office Supplies | | $0.00 | | $50.00 |

23.    **Total of Part 5.**
Add lines 19 through 22.   Copy the total to line 84. | $345,125.91

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value    50,348.40    Valuation method    Purchase Price    Current Value    50,348.40

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Origin Food Group, LLC
_____    Case number *(if known)* 25-50268
          Name

☐ Yes

---

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

---

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.    Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | See Attached | $0.00 | | $0.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | See Attached | $0.00 | | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.   Copy the total to line 86. | $0.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

### Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.    Go to Part 9.
☒ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 1999 International Truck (Lot Truck) | Unknown | | Unknown |
| 47.2. | 2003 Chevy yard truck (Lot Truck) | Unknown | | Unknown |
| 47.3. | 2005 International milk truck (Waste Truck) | Unknown | | Unknown |

---

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

Debtor    Origin Food Group, LLC
_____    Case number (If known) 25-50268
Name

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
        See Attached                                                    $0.00                    $0.00

        Gaulin Model KL24 5RA, Size 24 Painted Frame
        Homogenize                                                      $0.00                    $0.00

        New Surge Drum w/Horizontal Vessel; Level
        column w/ Sight Eyes; Level Probe; Relief Valves
        & Isolation Valves AND Trufill Fresh Turbine
        Meter, Fitment Tooling; E&H Mass Flow Meter;
        E&H Magnetic Flow meter; Dampening Valve,
        Dairy Valve, Spare Parts Kit                                    $0.00                    $0.00

        2014 Tetrapack System                                           $0.00                    $0.00

        2010 100 HP Cleaver Brooks Boiler, 4 Pass Dry
        Back; 150 PSI Design Pressure Natural Gas
        Fired, Boiler Feed Water System AND 1 SVC
        Field Cust Start Up; Hurst BD Separator,
        Mato90M, Skid Mounted Twin Alternating
        Softener System, Carbon Steel Boiler Stack
        w/Rain Cap, Piping Materials                                    $0.00                    $0.00

        Refurbished Cem Smart Trac Moisture/Fat
        System-includes System5 Microwave Analyzer,
        Magnet, Processor, Standard Oil, Oil Warmer
        Block, Film Dispenser Station, Tubes and
        Operational Manual AND 1 Non Wash Down
        Labeler Quadrel Q110C, Stainless Steel T-Base
        Standard                                                        $0.00                    $0.00

51.    **Total of Part 8.**                                                                  | $0.00 |
        Add lines 47 through 50.   Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☒ No
        ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ☒ No
        ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**
     ☐ No.   Go to Part 10.
     ☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Origin Food Group, LLC                                    Case number (If known) 25-50268
_____                           _____
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   306 Stamey Farm Road<br>Statesville, NC 28677<br>(owned by Eleni Group Real Estate Holdings II, LLC) | | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                              $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>Website:   www.originfoodgroup.com | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties**<br>NCDA License | $1.00 | | $1.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                            $1.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Origin Food Group, LLC | Case number (If known) 25-50268 |
|--------|------------------------|----------------------------------|
|        | Name |  |

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|--|----------------------------------------|

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
Icelandic Provisions, Inc. vs. Origin food Group, LLC, Halil UluKaya, and George Samartizis; Iredell County File #25CVS2518 (Now removed to this Court)
**Nature of claim**     _____
**Amount requested**    _____

Unknown

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$0.00

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Origin Food Group, LLC                                    Case number *(If known)*  25-50268
_____
Name

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $64,598.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $365,850.45 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $345,125.91 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $788,575.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $788,575.36 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Group | Property Description | Depreciable / Estimate Value |
|---|---|---|
| | Debtor reserves the right to amend and/or appraise the value of any and all equipment listed below. Values provided herein represent the depreciable book value. | |
| Group # 5 Equipment | FRUIT FEEDER 09/17/09 | 1,600.00 |
| Group # 5 Equipment | Air Dryer (C.C. Dickson | 1,572.94 |
| Group # 5 Equipment | Parts for new filler | 4,103.30 |
| Group # 5 Equipment | Shrink Wrapper 04/19/11 | 5,660.96 |
| Group # 5 Equipment | Forklift 08/31/11 | 8,600.00 |
| Group # 5 Equipment | Remanufactured 392 Del 01/06/12 I Separator | 51,347.00 |
| Group # 5 Equipment | Truck/Tanker Washer Sp 01/06/12 Unit | 4,069.76 |
| Group # 5 Equipment | C325 Unload Pump & M | 5,087.20 |
| Group # 5 Equipment | Return Pumps-Fristam 01/06/12 | 5,523.20 |
| Group # 5 Equipment | Return Pumps-Fristam 01/06/12 | 5,523.20 |
| Group # 5 Equipment | Return Pumps-Fristam 01/06/12 | 5,523.20 |
| Group # 5 Equipment | Return Pumps-Fristam 01/06/12 | 5,523.20 |
| Group # 5 Equipment (Continued) | COP Turbo Tank 01/06/12 | 7,994.17 |
| Group # 5 Equipment (Continued) | COP Turbo Tank 01/06/12 | 7,994.17 |
| Group # 5 Equipment (Continued) | Mix Heat Exchanger 01/06/12 | 22,674.36 |
| Group # 5 Equipment (Continued) | 3-Tank CIP Unit 01/06/12 | 82,557.96 |
| Group # 5 Equipment (Continued) | 100 Ton Circuit Chiller /Pump | 86,418.12 |
| Group # 5 Equipment (Continued) | Pace Bottle Unscramblin 01/06/12 System | 74,685.60 |
| Group # 5 Equipment (Continued) | Aurora Sleeve Applicator 01/06/12 | 118,585.32 |
| Group # 5 Equipment (Continued) | Fristam Heat Exhange M Pump | 4,324.27 |
| Group # 5 Equipment (Continued) | Fristam Separator Feed P mp | 4,324.27 |
| Group # 5 Equipment (Continued) | Mueller 1000 Gal Cream nk | 11,643.94 |
| Group # 5 Equipment (Continued) | Fristan Fruit Filler Pump & Drive | 17,465.90 |
| Group # 5 Equipment (Continued) | Ice Cream Mix Cooling | 19,212.50 |
| Group # 5 Equipment (Continued) | Fristam Fermenter to Co ing Plate Pump | 20,376.90 |
| Group # 5 Equipment (Continued) | Fristam Positive Product 01/06/12 Filler Feed Pump | 20,376.90 |
| Group # 5 Equipment (Continued) | Size 4 Chilled Water | 23,287.88 |
| Group # 5 Equipment (Continued) | DDS 1700 Gallon Mix T New | 17,465.88 |
| Group # 5 Equipment (Continued) | DDS 1700 Gallon Mix T New | 17,465.88 |
| Group # 5 Equipment (Continued) | Mix Tank Cat-Walk S.S. Fiber Grating | 14,657.97 |
| Group # 5 Equipment (Continued) | 1700 Gal Product Teed k Insulated | 19,592.28 |
| Group # 5 Equipment (Continued) | 1700 Gal Product Feed T lk Insulated | 19,592.28 |

| Group | Description | Amount |
|---|---|---|
| Group # 5 Equipment (Continued) | Central Control Process 01/06/12 anel | 42,087.23 |
| Group # 5 Equipment (Continued) | DDS Standard 4-Tank Cl nit | 89,399.04 |
| Group # 5 Equipment (Continued) | Bottle Conveyor 01/06/12 | 69,720.58 |
| Group # 5 Equipment (Continued) | Catwalk & Stairs for Fer enter Tanks | 27,236.07 |
| Group # 5 Equipment (Continued) | 1700 Gal Product Feed T k Insulated | 20,067.96 |
| Group # 5 Equipment (Continued) | Gardner Denver Edurair 01/06/12 r Compressor Pkg | 8,685.70 |
| Group # 5 Equipment (Continued) | Fogg F4 Filler 01/06/12 | 129,771.72 |
| Group # 5 Equipment (Continued) | Fogg 700 Series Capper | 15,000.00 |
| Group # 5 Equipment (Continued) | Warehouse Racking 01/06/12 | 17,521.20 |
| Group # 5 Equipment (Continued) | 2 Hurst Vertical Steam B ilers | 69,505.32 |
| Group # 5 Equipment (Continued) | Toyota Electric Pallet Ja ck | 3,042.38 |
| Group # 5 Equipment (Continued) | Toyota Electric Pallet Ja ck | 3,042.38 |
| Group # 5 Equipment (Continued) | Central Control Process 01/06/12 anel | 41,691.20 |
| Group # 5 Equipment (Continued) | Security Access & Monit ing System | 7,132.00 |
| Group # 5 Equipment (Continued) | 1700 Gal Fermenters Ins ated | 19,947.96 |
| Group # 5 Equipment (Continued) | 10000 Gallon Tank 01/06/12 | 52,730.97 |
| Group # 5 Equipment (Continued) | 8000 Gallon Tank 01/06/12 | 43,916.96 |
| Group # 5 Equipment (Continued) | 1700 Gal Fermenters Ins ated | 20,427.96 |
| Group # 5 Equipment (Continued) | 1700 Gal Fermenters Ins ated | 20,427.96 |
| Group # 5 Equipment (Continued) | Markem Imaje Coder 01/06/12 | 6,789.80 |
| Group # 5 Equipment (Continued) | 2 Chart Recorders 01/06/12 | 2,867.23 |
| Group # 5 Equipment (Continued) | 10 Ft Steel Roller Conve or | 721.57 |
| Group # 5 Equipment (Continued) | Cream Tank 01/06/12 | 3,862.50 |
| Group # 5 Equipment (Continued) | Cube Truck 01/06/12 | 533.75 |
| Group # 5 Equipment (Continued) | Aurora Pin Perf Assembl | 2,240.04 |
| Group # 5 Equipment (Continued) | 2 Silo Thermometers 01/06/12 | 799.80 |
| Group # 5 Equipment (Continued) | 80 Gal 5HP Air Compres | 3,522.75 |
| Group # 5 Equipment (Continued) | Stretch Wrapper & Ram | 10,809.50 |
| Group # 5 Equipment (Continued) | Sample Dipper Assembly 01/31/12 | 219.25 |
| Group # 5 Equipment (Continued) | 6 Parts Baskets & 3 Rec ders | 1,356.53 |
| Group # 5 Equipment (Continued) | Ramp 01/19/12 | 750.00 |
| Group # 5 Equipment (Continued) | SR 5 Foot Conveyor | 376.08 |
| Group # 5 Equipment (Continued) | Anderson Recorders Tra 01/31/12 itter cable Module | 6,695.00 |
| Group # 5 Equipment (Continued) | Specialty Leg for Conve r | 591.49 |

| | | |
|---|---|---|
| Group # 5 Equipment (Continued) | Service Gate Entry Install lation | 510.00 |
| Group # 5 Equipment (Continued) | Air Dryer 02/17/12 | 2,630.34 |
| Group # 5 Equipment (Continued) | Dock Leveler 02/29/12 | 2,153.54 |
| Group # 5 Equipment (Continued) | Small Character Inkjet 01/14/12 chinery | 9,894.06 |
| Group # 5 Equipment (Continued) | Dispensette Reagent 25 01/06/12 Dispenser | 451.20 |
| Group # 5 Equipment (Continued) | Dispensette Reagent 25 01/06/12 Dispenser | 451.20 |
| Group # 5 Equipment (Continued) | Dispensette Reagent 5 m Dispenser | 324.00 |
| Group # 5 Equipment (Continued) | Dispensette Reagent 5 m Dispenser | 324.00 |
| Group # 5 Equipment (Continued) | Production Diverter 01/14/12 | 9,525.34 |
| Group # 5 Equipment (Continued) | 1988 Walker 4-Comp Fl Tank | 7,384.65 |
| Group # 5 Equipment (Continued) | Doering Varigate Pump 01/12/12 el 3PF | 2,294.74 |
| Group # 5 Equipment (Continued) | COP Tank 01/17/12 | 9,431.68 |
| Group # 5 Equipment (Continued) | Stools 04/30/12 | 1,489.75 |
| Group # 5 Equipment (Continued) | Refrigerator 04/30/12 | 1,889.47 |
| Group # 5 Equipment (Continued) | DVR/PC - Keepsafe Secu y | 430.20 |
| Group # 5 Equipment (Continued) | Dispensett III; 5 ML digi tal read | 403.85 |
| Group # 5 Equipment (Continued) | Water Bath 8 ltr Digital Techne | 1,542.27 |
| Group # 5 Equipment (Continued) | Gerber 12 place Centrigu e Garver Mfg #112G | 3,740.82 |
| Group # 5 Equipment (Continued) | Water Bath; 8 Ltr Digita Techne 8/TE-10D8 | 1,476.62 |
| Group # 5 Equipment (Continued) | Bag-in-box filler w/magn 03/12/13 tic flow meter | 23,420.70 |
| Group # 5 Equipment (Continued) | Spacers for 7 oz bottles | 694.38 |
| Group # 5 Equipment (Continued) | Zebra ZM400 Thermal 02/27/13 fer Printer/software | 2,188.94 |
| Group # 5 Equipment (Continued) | Changeover parts for Fo Filler | 13,135.00 |
| Group # 5 Equipment (Continued) | Pallet Truck with scale 5 500lb | 1,210.98 |
| Group # 5 Equipment (Continued) | Rolling platform ladder 05/15/13 | 891.10 |
| Group # 5 Equipment (Continued) | Filler set changeover par t alternate 32 oz | 12,710.00 |
| Group # 5 Equipment (Continued) | Dry Ingredient Feeder 06/15/13 | 9,963.10 |
| Group # 5 Equipment (Continued) | Filler set & changeover arts (64 oz) | 8,310.00 |
| Group # 5 Equipment (Continued) | ASD50 Dairy labeler (ba ) JN73664-2 | 21,422.08 |
| Group # 5 Equipment (Continued) | Stainless steel tables (3 ) | 4,527.83 |
| Group # 5 Equipment (Continued) | Sleever tooling set 32 oz PL bottles | 5,220.30 |
| Group # 5 Equipment (Continued) | Filler set & changeover arts-16 oz private | 12,735.00 |
| Group # 5 Equipment (Continued) | Pig system eqpt clears pi pes bw batches | 4,681.35 |
| Group # 5 Equipment (Continued) | Custom Fruit Funnel Mo e MG Newell | 4,676.30 |

| | | |
|---|---|---|
| Group # 5 Equipment (Continued) | Industrial platform scale 12/11/13 Uline | 561.45 |
| Group # 5 Equipment (Continued) | Mold-neck threads priva 02/01/14 label 16 oz | 5,108.08 |
| Group # 5 Equipment (Continued) | Chest Freezor Model 34- JRV | 3,254.59 |
| Group # 5 Equipment (Continued) | Filler set & change parts for 10 oz Fogg Co | 12,338.67 |
| Group # 5 Equipment (Continued) | Aurora sleever tooling se t 10 oz bottles | 9,726.08 |
| Group # 5 Equipment (Continued) | Pallet jack/truck w/scale 11/01/14 s 5000  lbs | 1,677.51 |
| Group # 5 Equipment (Continued) | Ultrasonic Flow Meter cl mp-on sensor | 540.02 |
| Group # 5 Equipment (Continued) | Power Blender w/Pump 01/06/12 nnel | 6,976.73 |
| Group # 5 Equipment (Continued) | Foxlet 2 Head Ink Jet Sy tem | 6,253.86 |
| Group # 5 Equipment (Continued) | Raw Tank Level Sensors ) & Readout Panel | 7,876.95 |
| Group # 5 Equipment (Continued) | Eurodrive pump motor s e for asset #716 | 842.26 |
| Group # 5 Equipment (Continued) | Magn.Induct. flowmeter 08/01/15 ferm. & final tanks | 971.13 |
| Group # 5 Equipment (Continued) | Digital Temperature gaug 08/04/15 fermentation tank | 814.30 |
| Group # 5 Equipment (Continued) | Hot liquid tooling/change 08/10/15 parts for rotary | 18,754.35 |
| Group # 5 Equipment (Continued) | Video Ink Jet Coder fur c up filler | 2,834.01 |
| Group # 5 Equipment (Continued) | Sleever applicator toolin 08/10/15 g/change parts cup | 17,500.10 |
| Group # 5 Equipment (Continued) | Chart Recorder AJ300 A rson Fermentation | 1,188.01 |
| Group # 5 Equipment (Continued) | Panel View Plus Termina Fogg filler Rexel | 3,539.03 |
| Group # 5 Equipment (Continued) | Modulation Control (Ho 08/20/15 well) in Boiler | 1,628.94 |
| Group # 5 Equipment (Continued) | Chiller rebuild replaced 08/21/15 heat exchangers & 2 | 14,589.17 |
| Group # 5 Equipment (Continued) | Leister Hotwind systems 09/17/15 w/SS custom holders | 5,824.66 |
| Group # 5 Equipment (Continued) | Stainless steel accumulat 10/14/15 or table cup | 808.25 |
| Group # 5 Equipment (Continued) | New motor for final cent ifugal product pump | 504.13 |
| Group # 5 Equipment (Continued) | Luminometer - Ensure A Multi-Parameter | 949.79 |
| Group # 5 Equipment (Continued) | WCB controller - mass fl w | 3,573.16 |
| Group # 5 Equipment (Continued) | Scissor (man) fork lift P re-owned | 2,500.00 |
| Group # 5 Equipment (Continued) | Yale pallet jack - MP80 EN - SN B827N33859f | 2,979.50 |
| Group # 5 Equipment (Continued) | ARCA Easyliner print an apply labeler | 12,677.70 |
| Group # 5 Equipment (Continued) | Videojet coder - 1210 In Jet Printer | 15,883.57 |
| Group # 5 Equipment (Continued) | Second compressor for 04/15/16 -N storage freezer | 39,799.19 |
| Group # 5 Equipment (Continued) | Scherping Tri mix tank - reconditioned - Rowl | 11,376.90 |
| Group # 5 Equipment (Continued) | Tetra Pak continuous fre zer - Model CF2000A | 83,459.10 |
| Group # 5 Equipment (Continued) | WCB cylinder refurb/re-c 09/12/16 romed - asset # 810 | 6,285.97 |
| Group # 5 Equipment (Continued) | Filler change parts-4 oz bottles-Fogg | 10,548.00 |

| | | |
|---|---|---|
| Group # 5 Equipment (Continued) | Aurora Sleeve tooling set -4oz | 4,121.12 |
| Group # 5 Equipment (Continued) | Descrambler change part 01/05/16 for 4oz | 3,202.59 |
| Group # 5 Equipment (Continued) | Electric SS Drum pump | 701.37 |
| Group # 5 Equipment (Continued) | AdmixFastfeed Model FF 03/15/16 5-2.5 inch | 29,549.92 |
| Group # 5 Equipment (Continued) | Electric SS Drum pump | 701.05 |
| Group # 5 Equipment (Continued) | Tilt recycling bin-- 1/2 cubic yd-past. area | 759.89 |
| Group # 5 Equipment (Continued) | SS table-48X30-for paste 05/02/16 rizing area | 460.08 |
| Group # 5 Equipment (Continued) | Valve (sensor-G.) Denver 05/12/16 Air Compressor | 2,476.17 |
| Group # 5 Equipment (Continued) | Motor for the heat exch nger (hot water sup) | 593.91 |
| Group # 5 Equipment (Continued) | Motor and Gear box con or line | 690.50 |
| Group # 5 Equipment (Continued) | Floor Scale-5k lb-ramp-f 06/01/16 r shipping dock | 1,819.09 |
| Group # 5 Equipment (Continued) | Immersion Blender 06/07/16 | 1,367.35 |
| Group # 5 Equipment (Continued) | Fire Lite panel 07/07/16 | 1,297.01 |
| Group # 5 Equipment (Continued) | Aurora Sleeve tooling set | 8,580.00 |
| Group # 5 Equipment (Continued) | Center Post Assy for 32 z bottles | 5,375.42 |
| Group # 5 Equipment (Continued) | SS Wash Down conveyor | 19,958.69 |
| Group # 5 Equipment (Continued) | Touch screen-labeler asse 10/14/16 t 938 -back | 1,045.44 |
| Group # 5 Equipment (Continued) | Modulation value for Ma em-Imaje coder-asset | 880.79 |
| Group # 5 Equipment (Continued) | C-More EA9 touch scree | 2,206.27 |
| Group # 5 Equipment (Continued) | Diaphragm pump SaniFo model 1590FDA | 0.00 |
| Group # 5 Equipment (Continued) | Admin Fastfeed Model F | 28,849.85 |
| Group # 5 Equipment (Continued) | Asset 17-19 Rocking of Ilway | 5,206.29 |
| Group # 5 Equipment (Continued) | #17-21 Compressor for f ezer | 36,234.00 |
| Group # 5 Equipment (Continued) | #17-05 Positive Diagphr 03/01/18 m Pump | 1,037.05 |
| Group # 5 Equipment (Continued) | #17-06 Laboratory Equi 03/01/18 nt Pallet | 592.61 |
| Group # 5 Equipment (Continued) | #17-07 Ingersol Rand Ai Compressor/Dryer Mod | 2,370.38 |
| Group # 5 Equipment (Continued) | #17-08 Condenser Vilter 03/01/18 CX-24-83-0.5-XA-A | 18,226.19 |
| Group # 5 Equipment (Continued) | #17-09 Low Temperatur 03/01/18 aporator EVAPCO LSC1 | 10,101.00 |
| Group # 5 Equipment (Continued) | #17-10 Motor Starter Pa l and wiring PO102 | 2,510.08 |
| Group # 5 Equipment (Continued) | #17-16 CF4000A 2.0 Te ak PO 107 | 109,854.50 |
| Group # 5 Equipment (Continued) | #17-25 500 KVA Transf r - PO116 | 32,770.60 |
| Group # 5 Equipment (Continued) | #17-27 Install Spiral Fre ezer w/Evaporator | 242,371.73 |
| Group # 5 Equipment (Continued) | #17-38 Over 70' Sidel 2- ane S/S Tray Conveyo | 3,059.58 |
| Group # 5 Equipment (Continued) | #17-39 Sidel Conveyor 03/01/18 trol Panel | 3,382.81 |

| Group | Description | Amount |
|---|---|---|
| Group # 5 Equipment (Continued) | #17-40 Pver 140' S/S Fra e Power Roller Conve | 4,530.05 |
| Group # 5 Equipment (Continued) | #17-42 Over 50' 2012 Si l S/S Frame | 5,127.15 |
| Group # 5 Equipment (Continued) | #17-43 2012 Sidel Conv r Control Cabinet | 5,084.92 |
| Group # 5 Equipment (Continued) | #17-54 Over 140' S/S Fr e Power Roller Conve | 3,118.21 |
| Group # 5 Equipment (Continued) | #17-55 2012 SPX Positi Displacment Pump | 2,529.62 |
| Group # 5 Equipment (Continued) | #17-26-Equip/install Am 03/01/18 nial Refrig Sys | 264,754.52 |
| Group # 5 Equipment (Continued) | #17-57 2014 Adco Auto d Caroner | 60,043.49 |
| Group # 5 Equipment (Continued) | Wrapper & Shrink Tun ler | 51,692.50 |
| Group # 5 Equipment (Continued) | AIR COMPRESSOR 09/17/09 | 200.00 |
| Group # 5 Equipment (Continued) | 2002 Nissan CPJ01A15 11/30/09 | 6,303.38 |
| Group # 5 Equipment (Continued) | 15 HP Used Compressor | 5,558.54 |
| Group # 5 Equipment (Continued) | Metal Shelving 08/02/12 | 1,005.35 |
| Group # 5 Equipment (Continued) | Walk-in freezor 07/01/13 | 6,060.00 |
| Group # 5 Equipment (Continued) | Freezer Racking (metal s elving) | 722.30 |
| Group # 5 Equipment (Continued) | Freezer/Cooler Combo 12/02/13 | 4,793.21 |
| Group # 5 Equipment (Continued) | Steel Freezer Shelving (F arris Ervin) | 3,695.85 |
| Group # 5 Equipment (Continued) | Air cooling units connec ed to ammonia compre | 28,866.73 |
| Group # 5 Equipment (Continued) | Morgan Reefer truck bod freezer | 3,728.41 |
| Group # 5 Equipment (Continued) | NANO refrigerated Drye 09/15/15 odel NRC0100-115 | 1,800.38 |
| Group # 5 Equipment (Continued) | Dual Port Water filtratio n system - 3M Cuno D | 1,093.58 |
| Group # 5 Equipment (Continued) | MIC-N Walk-in-Freezer 12/29/15 X 60' Statesville | 78,924.48 |
| Group # 5 Equipment (Continued) | Freezer racking at MIC- Statesville | 6,143.44 |
| Group # 5 Equipment (Continued) | Tape machine for Luna s boxes | 6,438.75 |
| Group # 5 Equipment (Continued) | Air compressor system - | 15,669.57 |
| Group # 5 Equipment (Continued) | Mitsubishi forklift - pre -owned - lifts 3.7k | 2,500.00 |
| Group # 5 Equipment (Continued) | COP/CIP system upgrade 05/31/16 | 54,254.66 |
| Group # 5 Equipment (Continued) | Conveyer modifications 08/05/16 r metal detector | 1,843.04 |
| Group # 5 Equipment (Continued) | Front door access contro system | 2,786.18 |
| Group # 5 Equipment (Continued) | #17-61-Controls for Spir 03/01/18 l and Ammonia Skid | 10,791.67 |
| Group # 5 Equipment (Continued) | #17-29 - Evaporator #1 r dening room | 43,436.69 |
| Group # 5 Equipment (Continued) | #17-30 - Evaporator #2 r dening room | 43,436.69 |
| Group # 5 Equipment (Continued) | #17-32 - Univat Rework Mix Tank 3 compartme | 17,047.33 |
| Group # 5 Equipment (Continued) | #17-33 - Glycol Heating kid | 2,830.22 |
| Group # 5 Equipment (Continued) | #17-36 - Spiral Conveyo | 6,317.50 |

| | | |
|---|---|---|
| Group # 5 Equipment (Continued) | #17-60 - Ammonia Evap or | 36,269.68 |
| Group # 5 Equipment (Continued) | #17-63 - 112 Gal S/S Pip Wash Trough COP tan | 1,548.75 |
| Group # 5 Equipment (Continued) | #18-2 - Marathon U797 el #449TSTDN16005 | 13,443.50 |
| Group # 5 Equipment (Continued) | #18-1 - Pallet Racking | 8,938.95 |
| Group # 5 Equipment (Continued) | #17-62 - Chane parts Li Hopper modification | 4,885.42 |
| Group # 5 Equipment (Continued) | #17-17 - Tetrapak Ingre ent Doser 4000A | 56,276.79 |
| Group # 5 Equipment (Continued) | #17-28 -Dquare D Power t l-Line CB | 1,426.78 |
| Group # 5 Equipment (Continued) | #19-7 - Ice Cream Tank | 31,140.00 |
| Group # 5 Equipment (Continued) | #19-6 - Tanker mix equi ent & piping | 31,911.26 |
| Group # 5 Equipment (Continued) | #19-2 - Platform Scale | 311.94 |
| Group # 5 Equipment (Continued) | #19-1 - Saniforce 5.1 dru m unloader | 15,127.33 |
| Group # 5 Equipment (Continued) | UF Installation 07/26/23 | 1,039.82 |
| Group # 5 Equipment (Continued) | #20-06 - Electric Forklif t Hyster | 1,531.42 |
| Group # 5 Equipment (Continued) | #20-13 - CEM Smart 6 yzer | 9,831.42 |
| Group # 5 Equipment (Continued) | #20-14 - Quardro Z Serie | 12,192.04 |
| Group # 5 Equipment (Continued) | #20-19 - Purger 11/17/20 | 4,739.85 |
| Group # 5 Equipment (Continued) | #20-20 - Liquid Transfer System | 7,820.81 |
| Group # 5 Equipment (Continued) | #20-22 - HVAC Unit for rmenting Room | 1,790.01 |
| Group # 5 Equipment (Continued) | Boiler Repair 10/06/21 | 8,554.66 |
| Group # 5 Equipment (Continued) | Replace Spence Valve for Hot Water Drops | 1,947.85 |
| Group # 5 Equipment (Continued) | T304 Stainless Steel Shts 11GAx48x96 for floor | 2,587.26 |
| Group # 5 Equipment (Continued) | Liquid Mgmt Corrective 11/24/21 | 17,291.67 |
| Group # 5 Equipment (Continued) | #20-17 World Cup Filler Machine Model 12-32 Rotar | 23,885.52 |
| Group # 5 Equipment (Continued) | #21-01 Electric Forklift 01/27/21 Hyster Model W45ZHD | 2,330.42 |
| Group # 5 Equipment (Continued) | #21-02 Conveyor for ne bundler | 2,436.33 |
| Group # 5 Equipment (Continued) | Washdown legal-for-trad 04/01/21 bench | 418.00 |
| Group # 5 Equipment (Continued) | Spiral Freezer Repair 01/03/22 | 2,655.60 |
| Group # 5 Equipment (Continued) | Boiler Feed Pump 01/24/22 | 1,227.76 |
| Group # 5 Equipment (Continued) | 15HP Air Compressor w/ gallon tax & refrigerated air dryer | 2,601.50 |
| Group # 5 Equipment (Continued) | Ammonia Screw Compre 03/29/22 Used/modified equip | 2,415.00 |
| Group # 5 Equipment (Continued) | Cover for relocated & m compressor | 3,631.58 |
| Group # 5 Equipment (Continued) | Dreyers Change Parts 11/08/22 | 1,750.00 |
| Group # 5 Equipment (Continued) | 22-02 Pallet Jack-electri 01/31/22 | 1,172.23 |
| Group # 5 Equipment (Continued) | 22-01 Steam Generator 07/01/22 | 2,833.50 |

| Group | Description | Amount |
|---|---|---|
| Group # 5 Equipment (Continued) | 23-03a Glycol Surge Dru | 16,857.14 |
| Group # 5 Equipment (Continued) | 23-03b Autofill Deposit- 05/12/23 Machine s/n 659 | 4,566.19 |
| Group # 5 Equipment (Continued) | 23-04 Tera Pack Machin s/n 9054 | 10,416.67 |
| Group # 5 Equipment (Continued) | Pump 05/29/23 | 739.67 |
| Group # 5 Equipment (Continued) | Stainless Plate Heat Exc | 3,022.77 |
| Group # 5 Equipment (Continued) | Silos bought at auction | 2,030.48 |
| Group # 5 Equipment (Continued) | Gardner Denver L22 I-Se Oil-Flooded Rotary | 1,219.25 |
| Group # 5 Equipment (Continued) | Homogenizer 08/28/23 | 1,744.48 |
| Group # 5 Equipment (Continued) | 1800 gal Pasteurization 10/10/23 tank-ammonia screw | 358.66 |
| Group # 5 Equipment (Continued) | Lid Press w/Covneyor 11/08/23 | 243.81 |
| Group # 5 Equipment (Continued) | Vat Patueurizer 11/10/23 | 198.10 |
| Group # 5 Equipment (Continued) | 60KW Electric Heater-H 03/15/23 Room Heater | 1,030.37 |
| Group # 5 Equipment (Continued) | Novelty Line 12/31/23 | 450,000.00 |
| Group # 7 Lab Equipment | Refractometer 01/18/12 | 278.68 |
| Group # 7 Lab Equipment | Systemsure Plus Lumino 02/27/12 er | 1,221.66 |
| Group # 7 Lab Equipment | Heating Bath Circulator 01/06/12 | 2,244.00 |
| Group # 7 Lab Equipment | Scout Pro 4000G Scale | 602.07 |
| Group # 7 Lab Equipment | Microscope 01/06/12 | 853.50 |
| Group # 7 Lab Equipment | Ohaus Balance Analyzer 01/06/12 | 2,782.20 |
| Group # 7 Lab Equipment | Biclave 16L Autoclave 01/06/12 | 3,408.40 |
| Group # 7 Lab Equipment | Lab Incubator 01/06/12 | 322.50 |
| Group # 7 Lab Equipment | Idexx Reader & Printer | 2,260.00 |
| Group # 7 Lab Equipment | Bottle washer & shaker | 2,927.65 |
| Group # 7 Lab Equipment | Flurophos Alp Test Syste | 5,726.70 |
| Group # 7 Lab Equipment | Transfer Pipette Electric 06/13/13 | 377.99 |
| Group # 7 Lab Equipment | Electronic Pipettor 06/28/13 | 585.60 |
| Group # 7 Lab Equipment | Large capacity hot plate 120V 12 in x12# | 811.32 |
| Group # 7 Lab Equipment | Upright freezer Arctic Ai r AF49 49 cu ft | 1,907.07 |
| Group # 7 Lab Equipment | Quincy Lab steel door in ubator | 396.17 |
| Group # 7 Lab Equipment | Bostwick Consistometer 04/26/16 ab equip) | 609.30 |
| Group # 7 Lab Equipment | #20-18 - Lab Refrigerato | 316.67 |
| Group # 7 Lab Equipment | Chest freezer 20 CU feet | 316.25 |
| Group # 14 Other Equipment | #17-02 Ammonia Chiller 01/01/21 del A15-FBWD | 8,143.14 |
| Group # 14 Other Equipment | #17-03 Check Weigher 01/01/21 I XS | 3,644.94 |

| Group | Description | Amount |
|---|---|---|
| Group # 14 Other Equipment | #17-04 Laser coder Dom D320i | 5,304.54 |
| Group # 14 Other Equipment | #17-15 Industrial Main 01/01/21 36V W/BI 3HP Blower | 2,967.00 |
| Group # 14 Other Equipment | #17-52 Markem Imaje 2 abeler | 2,314.44 |
| Group # 14 Other Equipment | #17-53 Markem Imaje 2 abeler | 2,314.44 |
| Group # 14 Other Equipment | #17-12/#18-1 Vaculex V 01/01/21 60mm-vacum lifting | 2,961.60 |
| Group # 14 Other Equipment | #17-13/#18-2 VL Motor 01/01/21 rter | 294.18 |
| Group # 14 Other Equipment | #17-14/#18-3 WSJ-50-1 01/01/21 Jib Crane fee standi | 1,381.14 |
| Group # 14 Other Equipment | #17-16 Reclass piping fr m CIP (extra lline) | 17,302.50 |
| Group # 14 Other Equipment | #17-18/#18-6 % Due on rapak Doser 4000A | 28,944.96 |
| Group # 14 Other Equipment | #17-56 2012 SPX Posit. splacement Pump | 1,300.95 |
| Group # 14 Other Equipment | #17-41 Zepplin S/S cone ottom Dust Collector | 2,720.40 |
| Group # 14 Other Equipment | #17-44 2012 Ryson S/S me Spiral Elevator | 1,467.45 |
| Group # 14 Other Equipment | #17-46 (30) Component 01/01/21 ntair Sudmo 3 inch D | 1,875.78 |
| Group # 14 Other Equipment | #19-11 - Conduction Ca ealer | 21,000.00 |
| Group # 14 Other Equipment | #19-12 - Cooling Tower | 9,000.00 |
| Group # 14 Other Equipment | #19-13 - Hot Water Mix Tank | 1,800.00 |
| Group # 14 Other Equipment | #19-8 - Two printers | 254.25 |
| Group # 14 Other Equipment | #20-12 - MARS Heat Ex ger | 27,421.11 |
| Group # 14 Other Equipment | #20-14 Homogenizer | 11,586.25 |
| Group # 14 Other Equipment | Milk separator | 170,000.00 |
| Group # 14 Other Equipment | Tetra Large Homogenizer A | 80,000.00 |
| Group # 14 Other Equipment | Large PD pump A | 6,500.00 |
| Group # 14 Other Equipment | Orion pallet wrapper | 12,500.00 |
| Group # 14 Other Equipment | Modern Filler (Dalilicious) | 10,000.00 |
| Group # 14 Other Equipment | Osgood Filler (Dalilicious) | 25,000.00 |
| Group # 14 Other Equipment | 2nd Tetra fruit feeder | 56,000.00 |
| Group # 14 Other Equipment | Bulk can maker | 5,000.00 |
| Group # 14 Other Equipment | Old pint lid unscrambler | 20,000.00 |
| Group # 14 Other Equipment | Mettler Toledo old weight checker | 5,000.00 |
| Group # 14 Other Equipment | Mobile Hepa Filter | 20,000.00 |
| Group # 14 Other Equipment | 2nd Saniforce drum unloader | 25,000.00 |
| Group # 14 Other Equipment | Smart Trac Fat analyzer | 10,000.00 |
| Group # 14 Other Equipment | UF 4 loop | 1,500,000.00 |
| Group # 14 Other Equipment | Small loop for UF (Storage) | 10,000.00 |

| Group | Description | Amount |
|---|---|---|
| Group # 14 Other Equipment | Spiral parts for UF (Storage) | 15,000.00 |
| Group # 14 Other Equipment | Various pumps (Storage) | 1,000.00 |
| Group # 14 Other Equipment | Old UF panel (Storage) | 10,000.00 |
| Group # 14 Other Equipment | Various UF parts (Storage) | 10,000.00 |
| Group # 14 Other Equipment | Large P&F heat exchanger (Storage) | 10,000.00 |
| Group # 14 Other Equipment | Small P&F heat exchanger (Storage) | 5,000.00 |
| Group # 14 Other Equipment | Tall cone bottom tank | 4,000.00 |
| Group # 14 Other Equipment | 4 small cone bottom tanks (Storage) | 20,000.00 |
| Group # 14 Other Equipment | 2 loop scraper | 5,000.00 |
| Group # 14 Other Equipment | Mini P&F heat exchanger | 5,000.00 |
| Group # 14 Other Equipment | Protein Analyzer | 65,000.00 |
| Group # 14 Other Equipment | Green pallet jack mod: CBD22 s/n: N5BA00275 | 1,500.00 |
| Group # 14 Other Equipment | Green pallet jack mod: CBD22 s/n: N5BA00277 | 1,500.00 |
| Group # 14 Other Equipment | Green pallet jack mod: CBD15 s/n: 51BE04013 | 1,500.00 |
| Group # 14 Other Equipment | MicroThermics UHT | 52,750.00 |
| Group # 11 Office Furniture | Telephone System - 12 p nes | 200.00 |
| Group # 11 Office Furniture | Telephone System 02/17/12 | 200.00 |
| Group # 11 Office Furniture | Refrigerator for Lounge 01/13/12 | 25.00 |
| Group # 11 Office Furniture | Slide-Away Keyboard Pla 01/24/12 orm | 5.00 |
| Group # 11 Office Furniture | Slide-Away Keyboard Pla 01/24/12 orm | 5.00 |
| Group # 11 Office Furniture | Slide-Away Keyboard Pla 01/24/12 orm | 5.00 |
| Group # 11 Office Furniture | Slide-Away Keyboard Pla 01/24/12 orm | 5.00 |
| Group # 11 Office Furniture | Bookcase Hutch 01/24/12 | 5.00 |
| Group # 11 Office Furniture | Bookcase Hutch 01/24/12 | 5.00 |
| Group # 11 Office Furniture | Lateral File 01/24/12 | 5.00 |
| Group # 11 Office Furniture | Lateral File 01/24/12 | 5.00 |
| Group # 11 Office Furniture | Return Left Desk 01/24/12 | 5.00 |
| Group # 11 Office Furniture | Return Right Desk 01/24/12 | 5.00 |
| Group # 11 Office Furniture | Return Right Desk 01/24/12 | 5.00 |
| Group # 11 Office Furniture | Return Right Desk 01/24/12 | 5.00 |
| Group # 11 Office Furniture | Single Pedestal Left Des | 5.00 |
| Group # 11 Office Furniture | Single Pedestal Left Des | 5.00 |

| | | |
|---|---|---|
| Group # 11 Office Furniture | Single Pedestal Left Des | 5.00 |
| Group # 11 Office Furniture | Single Pedestal Right Des k | 5.00 |
| Group # 11 Office Furniture | Work Mid-back Chair 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Work Mid-back Chair 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Work Mid-back Chair 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Work Mid-back Chair 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Guest Double Rail Arms air | 10.00 |
| Group # 11 Office Furniture | Guest Double Rail Arms air | 10.00 |
| Group # 11 Office Furniture | Double Pedestal Desk 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Credenze w/doors 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Stack-on Storage 01/24/12 | 25.00 |
| Group # 11 Office Furniture | Guest Double Rail Arms air | 10.00 |
| Group # 11 Office Furniture | Work Mid-back Chair 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Double Pedestal Desk 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Double Pedestal Desk 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Guest Double Rail Arms air | 10.00 |
| Group # 11 Office Furniture | Guest Double Rail Arms air | 10.00 |
| Group # 11 Office Furniture | Work Mid-back Chair 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Work Mid-back Chair 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Single Pedestal Desk Rig t | 5.00 |
| Group # 11 Office Furniture | Bridge Desk 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Credenza w/lateral left 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Stack-on Storage 01/24/12 | 25.00 |
| Group # 11 Office Furniture | BackEnclosure 01/24/12 | 1.00 |
| Group # 11 Office Furniture | Tackboard 01/24/12 | 1.00 |
| Group # 11 Office Furniture | Rectanglular Shaped Lam 01/24/12 ate Top | 5.00 |
| Group # 11 Office Furniture | Laminate Slab Base Kit | 1.00 |
| Group # 11 Office Furniture | Guest Double Rail Arms air | 10.00 |
| Group # 11 Office Furniture | Guest Double Rail Arms air | 10.00 |
| Group # 11 Office Furniture | Guest Double Rail Arms air | 10.00 |
| Group # 11 Office Furniture | Guest Double Rail Arms air | 10.00 |
| Group # 11 Office Furniture | Work Mid-back Chair 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Exec High-Back Swivel 01/24/12 ir | 10.00 |
| Group # 11 Office Furniture | Exec High-Back Swivel 01/24/12 ir | 10.00 |

| | | |
|---|---|---|
| Group # 11 Office Furniture | Exec High-Back Swivel 01/24/12 ir | 10.00 |
| Group # 11 Office Furniture | Exec High-Back Swivel 01/24/12 ir | 10.00 |
| Group # 11 Office Furniture | Exec High-Back Swivel 01/24/12 ir | 10.00 |
| Group # 11 Office Furniture | Exec High-Back Swivel 01/24/12 ir | 10.00 |
| Group # 11 Office Furniture | Exec High-Back Swivel 01/24/12 ir | 10.00 |
| Group # 11 Office Furniture | Exec High-Back Swivel 01/24/12 ir | 10.00 |
| Group # 11 Office Furniture | Laminate Occasional Co 01/24/12 r Table | 10.00 |
| Group # 11 Office Furniture | 4 Drawer Vertical Files | 5.00 |
| Group # 11 Office Furniture | 4 Drawer Vertical Files | 5.00 |
| Group # 11 Office Furniture | 4 Drawer Vertical Files | 5.00 |
| Group # 11 Office Furniture | 4 Drawer Vertical Files | 5.00 |
| Group # 11 Office Furniture | HON Mid-Back Chair 01/24/12 | 5.00 |
| Group # 11 Office Furniture | Mobile Server/Credenze 01/24/12 | 10.00 |
| Group # 11 Office Furniture | Telephone system upgra 02/13/13 | 200.00 |
| Group # 11 Office Furniture | Mahogany Desk w/Crede 09/10/13 & Hutch right-hand | 100.00 |
| Group # 11 Office Furniture | Mahogany Desk w/Crede 09/10/13 & Hutch -- left-hand | 100.00 |
| Group # 11 Office Furniture | Cherry Straight Desks - | 50.00 |
| Group # 11 Office Furniture | Mid-bacl Chairs black fau x leather - 2 | 10.00 |
| Group # 11 Office Furniture | Cherry Cred with 4 file d rawers | 10.00 |
| Group # 11 Office Furniture | Black Lateral File 42W Drawer - 2 | 10.00 |
| Group # 11 Office Furniture | Black Lateral File 42W Drawer - 3 | 10.00 |
| Group # 11 Office Furniture | Cherry Bookcase 4-shelf 09/10/13 | 10.00 |
| Group # 11 Office Furniture | 48 in Round Laminate ta es mahogany - 2 | 25.00 |
| Group # 11 Office Furniture | Wooden armed chairs ma any - 10 | 40.00 |
| Group # 11 Office Furniture | Lateral file cabinets w/h utch cherry - 2 | 10.00 |
| Group # 11 Office Furniture | Addition of 2 phones & i stallation | 20.00 |
| Group # 11 Office Furniture | Phone System updates 05/10/16 | 200.00 |
| Group # 11 Office Furniture | Conference table & 6 ex chairs | 200.00 |
| Group # 11 Office Furniture | Used office furn and acce ssories | 100.00 |
| Group # 11 Office Furniture | Large screen TV with sta d for teleconferenci | 175.00 |
| Group # 11 Office Furniture | CABINET (2003) 09/17/09 | 25.00 |
| Group # 11 Office Furniture | Cabinet 03/31/10 | 25.00 |
| Group # 11 Office Furniture | Cabinet 03/22/10 | 25.00 |
| Group # 11 Office Furniture | Mimet cabinets 09/13/10 | 25.00 |

| Group | Description | Amount |
| --- | --- | --- |
| Group # 11 Office Furniture | VV-16BTFN Upright 16 02/14/12 t Freezer | 150.00 |
| Group # 11 Office Furniture | Sao Paulo 125 Freezer | 150.00 |
| Group # 11 Office Furniture | VV-16BTFN Mimet Upri 04/11/12 | 150.00 |
| Group # 11 Office Furniture | EFI 4153 05/31/14 | 150.00 |
| Group # 11 Office Furniture | RIO H68G 05/31/14 | 150.00 |
| Group # 11 Office Furniture | Sao Paulo 150 05/06/14 | 150.00 |
| Group # 11 Office Furniture | Sao Paulo 150 05/06/14 | 150.00 |
| Group # 11 Office Furniture | Sao Paulo H125G - 8 fac cabinet w/sneeze gua | 150.00 |
| Group # 11 Office Furniture | SaoPauloH125G 8 face c net | 150.00 |
| Group # 11 Office Furniture | SaoPaulo H125G 8 face inet | 150.00 |
| Group # 4 Computer Equipment | Laptop (Don) 04/29/10 | 75.00 |
| Group # 4 Computer Equipment | Treadnet Router 07/12/11 | 20.00 |
| Group # 4 Computer Equipment | Viewsonic 22 inch LCD at Panel-Nancy | 20.00 |
| Group # 4 Computer Equipment | Laptop - Joe 08/18/11 | 75.00 |
| Group # 4 Computer Equipment | Acer 22 inch LCD Flat P el-Nancy | 20.00 |
| Group # 4 Computer Equipment | Acer 22 inch LCD Flat P el-Don | 20.00 |
| Group # 4 Computer Equipment | Computer hard drive 12/16/11 | 20.00 |
| Group # 4 Computer Equipment | Acer 22 inch LCD Moni | 25.00 |
| Group # 4 Computer Equipment | 2 Hard Drives Monitors Software | 20.00 |
| Group # 4 Computer Equipment | Server 01/20/12 | 25.00 |
| Group # 4 Computer Equipment | Battery Backup for Serv | 25.00 |
| Group # 4 Computer Equipment | Server 08/01/12 | 20.00 |
| Group # 4 Computer Equipment | Server 08/01/12 | 100.00 |
| Group # 4 Computer Equipment | Server 08/01/12 | 100.00 |
| Group # 4 Computer Equipment | Computer (Randall) 08/01/12 | 100.00 |
| Group # 4 Computer Equipment | Dell Laptop for Leigh A | 75.00 |
| Group # 4 Computer Equipment | Dell 2360dn printer 04/15/13 | 75.00 |
| Group # 4 Computer Equipment | Laptop for operations p sonnel & WIFI extend | 25.00 |
| Group # 4 Computer Equipment | Laptop for admin staff | 75.00 |
| Group # 4 Computer Equipment | Dell Ultra Slim X13 Lap p w/docking station | 75.00 |
| Group # 4 Computer Equipment | Laser AIO Printer/Fax fo HR office | 25.00 |
| Group # 4 Computer Equipment | Laptop Dell Latitude 14 | 75.00 |

| Group | Description | Value |
|---|---|---|
| Group # 4 Computer Equipment | HP Pavillion 15 Notebo PC w/publisher softw | 75.00 |
| Group # 4 Computer Equipment | Laptop Dell latitude 15 | 75.00 |
| Group # 4 Computer Equipment (Continued) | Laptop & 2 yr protectio plan for DSD sales p | 75.00 |
| Group # 4 Computer Equipment (Continued) | Enclosed rack for compu r equipment | 50.00 |
| Group # 4 Computer Equipment (Continued) | Lace-up software for DS order mgmt | 5.00 |
| Group # 4 Computer Equipment (Continued) | Wireless Zebra printer fo r Laceup solution | 25.00 |
| Group # 4 Computer Equipment (Continued) | Laptop - Dell Latitude 1 | 75.00 |
| Group # 4 Computer Equipment (Continued) | Laptop - Dell Latitude 1 | 75.00 |
| Group # 4 Computer Equipment (Continued) | Desktop Dell OptiPlex 3 0-MS suite | 75.00 |
| Group # 4 Computer Equipment (Continued) | Laptop-Dell Latitude E5 05/01/16 0-MS Ofc 2016 | 75.00 |
| Group # 4 Computer Equipment (Continued) | Desktop Dell OptiPlex 3 0-monitor-MS suite | 75.00 |
| Group # 4 Computer Equipment (Continued) | Dell latitude 5580 08/28/17 | 75.00 |
| Group # 4 Computer Equipment (Continued) | Dell PowerEdge T320 Se r | 75.00 |
| Group # 4 Computer Equipment (Continued) | CISCO Router/Firewa33 01/01/13 | 25.00 |
| Group # 4 Computer Equipment (Continued) | UPS Battery Back-up 01/01/13 | 10.00 |
| Group # 4 Computer Equipment (Continued) | #19-3 - BDR Toower Pr ion 3630 | 25.00 |
| Group # 4 Computer Equipment (Continued) | #19-4 - Dell Latitude 50 | 75.00 |
| Group # 4 Computer Equipment (Continued) | #19-5 - Meraki MR33 ess Access Point | 100.00 |
| Group # 4 Computer Equipment (Continued) | #20-O2 - Optiplex 3070 sktop Computer | 75.00 |
| Group # 4 Computer Equipment (Continued) | VMS Mobile Scanners 12/28/23 | 10.00 |
| Group # 4 Computer Equipment (Continued) | Inkjet Printer f/Product 09/01/23 | 401.58 |
| Group # 11 Office Fixtures | Access control system | |
| Group # 11 Office Fixtures | Lobby & Gate Entry Sys Control Panel etc | |
| Group # 11 Office Fixtures | Security Camera System 10/28/13 | |
| Group # 11 Office Fixtures | Addtnl security camera o er tclock facing of | |
| Group # 11 Office Fixtures | Addtnl security camara f rmenting room | |

**Fill in this information to identify the case:**

Debtor name ___Origin Food Group, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF NORTH CAROLINA___

Case number (if known) ___25-50268___

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** BB&T Commercial Equipment Corp.<br>Creditor's Name<br>2 Great Valley Parkway, Ste. 300<br>Malvern, PA 19355<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br>Describe the lien | $0.00 | $0.00 |

Creditor's email address, if known

**Date debt was incurred**
ADDED

**Last 4 digits of account number**
730J

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

| | | | |
|---|---|---|---|
| **2.2** Branch Banking & Trust<br>Creditor's Name<br>500 East Broad St.<br>Statesville, NC 28677-5331<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br>Describe the lien | $0.00 | $0.00 |

Creditor's email address, if known

**Date debt was incurred**
ADDED - Notice Purposes

**Last 4 digits of account number**
486B

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Origin Food Group, LLC

Name

Case number (if known)    25-50268

---

**2.3**  CT Corporation System

Creditor's Name

330 N. Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
ADDED - Notice Purposes
Only

**Last 4 digits of account number**
561C

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    $0.00              $0.00

**Describe the lien**
UCC 20200123561C

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.4**  CT Corporation System

Creditor's Name

330 N. Brand Blvd, Suite 700
Glendale, CA 91203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
633H

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    Unknown            $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.5**  CT Corporation System

Creditor's Name

330 N. Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
458M

**Describe debtor's property that is subject to a lien**                    Unknown            $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Origin Food Group, LLC
_____
Name

Case number (if known)    25-50268
_____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.6 | CT Corporation System | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

330 N. Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
856H

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.7 | CT Corporation System | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

330 N. Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
601G

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.8 | DariFill | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

750 Green Crest Drive
Westerville, OH 43081
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No

Date debt was incurred

Debtor    Origin Food Group, LLC _____    Case number (if known)    25-50268 _____
　　　　　Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
723F

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.9 | DariFill, Inc. | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

750 Green Crest Dr.
Westerville, OH 43081
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
255A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | First-Citizens Bank & Trust Company | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
595J

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.11 | Goodman Capital Finance | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

3010 Lbj Freeway, Suite 540
Dallas, TX 75234
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    Origin Food Group, LLC                                    Case number (if known)    25-50268
_____
Name

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
794A
_____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.1 2 | HYG Financial Services, Inc. | | |
|---|---|---|---|

Creditor's Name

P.O. Box 35701
Billings, MT 59107
_____
Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
ADDED
**Last 4 digits of account number**
678E
_____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                $0.00                $0.00
_____

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.1 3 | International Financial Services Corp. | | |
|---|---|---|---|

Creditor's Name
1113 S. Milwaukee Avenue,
Ste. 301
Libertyville, IL 60048
_____
Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
ADDED Notice Purposes Only
**Last 4 digits of account number**
751M
_____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                $0.00                $0.00
_____

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Origin Food Group, LLC | | Case number (if known) | 25-50268 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1 4**

**Jules and Associates, Inc. (3)**
Creditor's Name

515 South Figueroa St.
Ste. 1900
Los Angeles, CA 90071
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
New Surge Drum w/Horizontal Vessel; Level column w/ Sight Eyes; Level Probe; Relief Valves & Isolation Valves AND Trufill Fresh Turbine Meter, Fitment Tooling; E&H Mass Flow Meter; E&H Magnetic Flow meter; Dampening Valve, Dairy Valve, Spare Parts Kit

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

$123,344.63          $0.00

---

**2.1 5**

**Jules and Associates, Inc. (4)**
Creditor's Name
515 South Figueroa St., Ste. 1900
Los Angeles, CA 90071
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2014 Tetrapack System

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

$70,492.79          $0.00

---

**2.1 6**

**Jules and Associates, Inc. (5)**
Creditor's Name

515 South Figueroa St., Ste. 1900
Los Angeles, CA 90071
Creditor's mailing address

_____
Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
2010 100 HP Cleaver Brooks Boiler, 4 Pass Dry Back; 150 PSI Design Pressure Natural Gas Fired, Boiler Feed Water System AND 1 SVC Field Cust Start Up; Hurst BD Separator, Mato90M, Skid Mounted Twin Alternating Softener System, Carbon Steel Boiler Stack w/Rain Cap, Piping Materials

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

$122,117.05          $0.00

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 6 of 10

Debtor    Origin Food Group, LLC                                    Case number (if known)    25-50268
_____
Name

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---

**2.17**  Jules and Associates, Inc. (6)
Creditor's Name

**Describe debtor's property that is subject to a lien**
Refurbished Cem Smart Trac Moisture/Fat System-includes System5 Microwave Analyzer, Magnet, Processor, Standard Oil, Oil Warmer Block, Film Dispenser Station, Tubes and Operational Manual AND 1 Non Wash Down Labeler Quadrel Q110C, Stainless Steel T-Base Standard

$36,836.04          $0.00

515 South Figueroa St., Ste. 1900
Los Angeles, CA 90071
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
|---|---|

---

**2.18**  Longitude 80 Dairies, Inc.
Creditor's Name
c/o Homesley & Wingo Law Group, PLLC
Attn: Clifton W. Homesley
330 South Main Street

**Describe debtor's property that is subject to a lien**

$0.00          $0.00

Mooresville, NC 28115
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
098K

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 10

Debtor    Origin Food Group, LLC                            Case number (if known)    25-50268
                Name

---

**2.19**   Navitas Credit Corp.

Creditor's Name

P.O. Box 935204
Atlanta, GA 31193

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
097C

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    $0.00                $0.00
Gaulin Model KL24 5RA, Size 24 Painted Frame
Homogenize

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.20**   Navitas Credit Corp.

Creditor's Name
201 Executive Center Dr., St. 100
Columbia, SC 29210

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
ADDED
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    $0.00                $0.00

**Describe the lien**
Notice Purposes Only; UCC 20210083097C
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.21**   The Huntington National Bank

Creditor's Name

1405 Xenium Lane North
Minneapolis, MN 55441

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
104C

Describe debtor's property that is subject to a lien                    $0.00                $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Official Form 206D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 10

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Origin Food Group, LLC
_____    Case number (if known)    25-50268
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.2 2 | The Huntington National Bank | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
11100 Wayzata Blvd., Suite 700
Hopkins, MN 55305
Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
847C

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | Treemount Trading Limited | Describe debtor's property that is subject to a lien | $3,900,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
Attn: Barbara Alarcon
559 North Main Street

Davidson, NC 28036
Creditor's mailing address

Describe the lien
UCC Filing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
099M

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.2 4 | US Bank | Describe debtor's property that is subject to a lien | $8,570.32 | $0.00 |
|---|---|---|---|---|

Creditor's Name
1310 Madrid St.
Marshall, MN 56258
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**

---

Debtor   Origin Food Group, LLC _____   Case number (if known)   25-50268 _____
           Name

| Creditor's email address, if known | ☒ No |
|---|---|
| | ☐ Yes |

**Date debt was incurred**
ADDED   - ASSIGNED
FROM NAVITAS

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
130G

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$4,261,360.83

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   Origin Food Group, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   25-50268

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor

Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Halil Ulukaya | 172 Morrison Hill Road<br>Davidson, NC 28036 | Treemount Trading Limited | ☒ D  2.23<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Halil Ulukaya | | Wells Fargo Business Line | ☐ D ____<br>☒ E/F  3.132<br>☐ G ____ |

| Fill in this information to identify the case: |
|---|
| Debtor name   Origin Food Group, LLC |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known)   25-50268 |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Iredell County Tax Coll.
P.O. Box 1027
Statesville, NC 28687-1027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $49,466.04   Priority amount $49,466.04

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
ADCO Manufacturing
2170 Academy Avenue
Sanger, CA 93657-3795

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$350.69

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: ADDED
Is the claim subject to offset?  ☒ No   ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Admix, Inc.
144 Harvey Rd.
Londonderry, NH 03053

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$229.05

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: ADDED
Is the claim subject to offset?  ☒ No   ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Agrana Fruit US, Inc.
P.O. Box 641621
Pittsburgh, PA 15264-1621

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,022.01

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?  ☒ No   ☐ Yes

Debtor  __Origin Food Group, LLC_____     Case number (if known)   __25-50268___
               Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,696.73 |
|---|---|---|---|

**3.4** Nonpriority creditor's name and mailing address
Airgas USA, LLC
P.O. Box 734672
Dallas, TX 75373

As of the petition filing date, the claim is: *Check all that apply.*     **$1,696.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Allied Bearings & Supply, Inc.
P.O. Box 6417
Statesville, NC 28687-6417

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
American Express
P.O Box 6031
Carol Stream, IL 60197-6031

As of the petition filing date, the claim is: *Check all that apply.*     **$17,210.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  ADDED
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
American Packaging Machinery, Inc.
2550 South Eastwood Dr.
Woodstock, IL 60098

As of the petition filing date, the claim is: *Check all that apply.*     **$4,075.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
AmeriGas
P.O. Box 371473
Pittsburgh, PA 15250-7473

As of the petition filing date, the claim is: *Check all that apply.*     **$3,576.44**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
AMX Leasing and Logistics
P.O. Box 896901
Charlotte, NC 28289-6901

As of the petition filing date, the claim is: *Check all that apply.*     **$23,175.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Assa Abloy Entrance/CNC Door
10400 Bryton Corporate Center Dr.
Suite 500
Huntersville, NC 28078

As of the petition filing date, the claim is: *Check all that apply.*     **$1,361.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Associated Packating, inc.
2049 Old Mountain Road
Statesville, NC 28625

As of the petition filing date, the claim is: *Check all that apply.*     **$4,750.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor    Origin Food Group, LLC
_____
Name

Case number (if known)    25-50268

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,680.57 |

Atlantic Corporation
806 N. 23rd St.
Wilmington, NC 28405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ADDED

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Atlantic Ingredients
3526 Centre Circle
Fort Mill, SC 29715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,165.00 |

Atlas Copco Rental, LLC
Dept. 3243
P.O. Box 123243
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Barbara Alarcon
559 North Main Street
Davidson, NC 28036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,512.27 |

Barry Callebaut USA, LLC
Lockbox #28543
28543 Network Place

Chicago, IL 60673-1285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,720.00 |

Batory Foods
P.O. Box 735916
Dallas, TX 75373-5916

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,829.00 |

Beacon Pointe Labs
150 N. Research Campus Dr.
Kannapolis, NC 28081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00 |

Before You Hire, Inc.
2117 Simonton Rd., Ste. 101
Statesville, NC 28625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

Debtor    Origin Food Group, LLC
_____
          Name

Case number (if known)    25-50268

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Berkshire Dairy & Food Products
32145 Collection Center Dr.
Chicago, IL 60693-0321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Bridgefield Casualty Insurance Co.
P.O. Box 32034
Lakeland, FL 33802-2034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Briess Industries, Inc.
Box 88679
Milwaukee, WI 53288-8679

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,430.32 |
|---|---|---|---|

Bug Out
P.O. Box 740608
Cincinnati, OH 45274-0608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,097.10 |
|---|---|---|---|

Bunge Loders Croklaan
P.O. Box 751594
Charlotte, NC 28275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,540.00 |
|---|---|---|---|

Carolina Forklift Equipment, LLC
818 Widgeon Road
Norfolk, VA 23513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,228.13 |
|---|---|---|---|

Carolina Process Equipment LLC
105 Furlong Industrial Dr.
Kernersville, NC 27284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $855.95 |
|---|---|---|---|

Case Printing Solutions
P.O. Box 179
Corvallis, OR 97339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  ADDED

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Origin Food Group, LLC | Case number (if known) | 25-50268 |
|---|---|---|---|
| | Name | | |

---

**3.28** | **Nonpriority creditor's name and mailing address**
Chem Treat, Inc.
15045 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$3,390.44**

---

**3.29** | **Nonpriority creditor's name and mailing address**
Chem Treat, Inc.
15045 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$808.98**

---

**3.30** | **Nonpriority creditor's name and mailing address**
Chep North America
P.O. Box 211033

Atlanta, GA 30384-1033

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ADDED_

Is the claim subject to offset? ☒ No ☐ Yes

**$100.63**

---

**3.31** | **Nonpriority creditor's name and mailing address**
CHR Hansen
P.O. Box 7410966
Chicago, IL 60674

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$42,956.52**

---

**3.32** | **Nonpriority creditor's name and mailing address**
Cintas
P.O. Box 631025
Cincinnati, OH 45263-1025

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$3,294.70**

---

**3.33** | **Nonpriority creditor's name and mailing address**
Cintas
P.O. Box 630803
Cincinnati, OH 45263-0803

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$24,031.49**

---

**3.34** | **Nonpriority creditor's name and mailing address**
CKS Packaging, Inc.
Box 744915
Atlanta, GA 30374-4915

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$18,905.64**

---

**3.35** | **Nonpriority creditor's name and mailing address**
Cobblestone Milk Co. Op
26245 Oxford Rd.
Chatham, VA 24531

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$27,060.00**

---

| | |
|---|---|
| Debtor __Origin Food Group, LLC__ | Case number (if known) __25-50268__ |
| Name | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,220.00
CSC
P.O. Box 7410023
Chicago, IL 60674-5023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,950.00
Custom Logistics, Inc.
201 St. Paul's Church Rd., Ste.203
Newton, NC 28658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,486.50
Custom Machines Services, Inc.
132 Bristol Rd.
Statesville, NC 28677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  ADDED

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,715.27
DanFill, Inc. -234048
P.O. box 84048
Chicago, IL 60689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,595.06
Danisco USA, Inc.
P.O. Box 32020
New York, NY 10087-2020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $91,253.00
Darlington Dairy Supply Co., Inc.
P.O. Box 119
Darlington, WI 53530-0119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,745.00
Dominion Energy
P.O. Box 100256
Columbia, SC 29202-3256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,031.86
DSM Food Specialties, USA
250 Plainsboro Road
Plainsboro, NJ 08536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Origin Food Group, LLC | Case number (if known) | 25-50268 |
|---|---|---|---|
| | Name | | |

---

**3.44** Nonpriority creditor's name and mailing address
E2 Mechanical & Industrial
4933 Brookshire Blvd.
Charlotte, NC 28216

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ADDED

Is the claim subject to offset? ☒ No  ☐ Yes

$2,432.90

---

**3.45** Nonpriority creditor's name and mailing address
Ecolab
P.O. Box 21755
New York, NY 10087-1755

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$15,000.00

---

**3.46** Nonpriority creditor's name and mailing address
Energy United
P.O. Box 1831
Statesville, NC 28687

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$24,250.00

---

**3.47** Nonpriority creditor's name and mailing address
Energy United
P.O. Box 1831
Statesville, NC 28687-1831

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$3,619.00

---

**3.48** Nonpriority creditor's name and mailing address
Energy United
P.O. Box 1831
Statesville, NC 28687-1831

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$1,011.00

---

**3.49** Nonpriority creditor's name and mailing address
Energy United
P.O. Box 1831
Statesville, NC 28687

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$1,815.00

---

**3.50** Nonpriority creditor's name and mailing address
Energy United
P.O. Box 1831
Statesville, NC 28687-1831

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$750.00

---

**3.51** Nonpriority creditor's name and mailing address
Energy United Water
250 McClain Rd.
Hiddenite, NC 28636

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$11,131.29

---

Debtor    Origin Food Group, LLC
Name

Case number (if known)    25-50268

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,374.50 |

Envirolink, Inc.
4700 Homewood Court, Ste. 108
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,923.74 |

Eurofins Microbiology Lab
12701 Plantside Drive, Ste. 201
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  ADDED

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,009.14 |

FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.97 |

Ferguson Enterprises, Inc.
P.O. Box 100286
Atlanta, GA 30384-0286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ADDED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |

Genista Biosciences
5285 Hellyer Ave., Ste. 120
San Jose, CA 95138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,628.00 |

George Samartizis Omega Foods, Inc.
57 Fairhaven Dr.
Allendale, NJ 07401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Hale Trailer
P.O. Box 1400
Voorhees, NJ 08043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.78 |

Hanna Instruments
584 Park East Dr.
Woonsocket, RI 02895

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| Debtor | Origin Food Group, LLC | Case number (if known) | 25-50268 |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,382.25 |
|---|---|---|---|

High Country Springs
P.O. Box 238
Pilot Mountain, NC 27041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Icelandic Provisions, Inc.
134 West 25th Street, 7th Floor
New York, NY 10001

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Purposes

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

IFANCA
2004 Miner St.
Des Plaines, IL 60016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,810.58 |
|---|---|---|---|

International Flavors & Fragrances
c/o JP Morgan Chase
P.O. Box 28187
New York, NY 10087-8187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,253.47 |
|---|---|---|---|

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,207.95 |
|---|---|---|---|

IPS Packaging
P.O. Box 63477
Charlotte, NC 28263-3477

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,100.00 |
|---|---|---|---|

Jimbo's Jumbos
P.O. Box 149
Severn, NC 27877

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Jules and Associates, Inc. (1)
515 South Figueroa St.
Ste. 1900
Los Angeles, CA 90071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Purposes

Is the claim subject to offset?   ☒ No   ☐ Yes

| Debtor | Origin Food Group, LLC | Case number (if known) | 25-50268 |
|---|---|---|---|
| | Name | | |

---

**3.68** | **Nonpriority creditor's name and mailing address**
Jules and Associates, Inc. (2)
515 South Figueroa St.
Ste. 1900
Los Angeles, CA 90071

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice Purposes

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**
Keepsafe Security Systems
P.O. Box 787
Troutman, NC 28166

As of the petition filing date, the claim is: *Check all that apply.*                    $432.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**
Kelly Services, Inc.
P.O. Box 530437
Atlanta, GA 30353-0437

As of the petition filing date, the claim is: *Check all that apply.*                    $6,115.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**
Kerr by Ingredion, Inc.
P.O Box 409882
Atlanta, GA 30384-9882

As of the petition filing date, the claim is: *Check all that apply.*                    $16,135.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address**
LaEurofins Microbiology Lab
P.O. Box 1445
Carol Stream, IL 60132

As of the petition filing date, the claim is: *Check all that apply.*                    $16,904.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address**
Lake Norman Oil Co., Inc.
1546 Salisbury Rd.
Statesville, NC 28677

As of the petition filing date, the claim is: *Check all that apply.*                    $7,485.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address**
Lentz Septic Tank Service
410 Lentz Rd.
Statesville, NC 28625-1596

As of the petition filing date, the claim is: *Check all that apply.*                    $13,680.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**
Martin and Pellegrin, CPAs
103 Ramey Rd.
Houma, LA 70360

As of the petition filing date, the claim is: *Check all that apply.*                    $9,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor    Origin Food Group, LLC _____    Case number (if known)    25-50268 _____
_____Name

| | | |
|---|---|---|
| **3.76** | **Nonpriority creditor's name and mailing address**<br>McMaster-Carr Supply Company<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | **As of the petition filing date, the claim is:** Check all that apply.    $7,580.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.77** | **Nonpriority creditor's name and mailing address**<br>MD & VA Milk Producers<br>P.O. Box 392629<br>Pittsburgh, PA 15251-9629 | **As of the petition filing date, the claim is:** Check all that apply.    $369,483.16<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.78** | **Nonpriority creditor's name and mailing address**<br>MEGACORP Logistics<br>P.O. Box 1050<br>Wrightsville Beach, NC 28480 | **As of the petition filing date, the claim is:** Check all that apply.    $70,800.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.79** | **Nonpriority creditor's name and mailing address**<br>Merchants Distributors, LLC<br>5005 Alex Lee Boulevard<br>Hickory, NC 28603 | **As of the petition filing date, the claim is:** Check all that apply.    $5,460.20<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.80** | **Nonpriority creditor's name and mailing address**<br>Merchants Transport LLC (MDI)<br>5005 Alex Lee Blvd.<br>Hickory, NC 28603 | **As of the petition filing date, the claim is:** Check all that apply.    $3,000.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:**  ADDED <br><br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.81** | **Nonpriority creditor's name and mailing address**<br>Milkco, Inc.<br>Box 16160<br>Asheville, NC 22816 | **As of the petition filing date, the claim is:** Check all that apply.    $72,653.65<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.82** | **Nonpriority creditor's name and mailing address**<br>MMC Tech, Inc.<br>3101 Yorkmont Rd., Ste. 1600<br>28028 | **As of the petition filing date, the claim is:** Check all that apply.    $6,660.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:**  ADDED <br><br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.83** | **Nonpriority creditor's name and mailing address**<br>Modern Packaging, LLC<br>P.O. Box 933411<br>Cleveland, OH 44193 | **As of the petition filing date, the claim is:** Check all that apply.    $4,013.83<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| Debtor | Origin Food Group, LLC | Case number (if known) | 25-50268 |
|---|---|---|---|
| | Name | | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,694.24 |
|---|---|---|---|
| | National Fleet Management | | |
| | P.O. Box 896738 | ☐ Contingent | |
| | Charlotte, NC 28289 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,287.64 |
|---|---|---|---|
| | Nelson Jameson, Inc. | | |
| | P.O. Box 1147 | ☐ Contingent | |
| | Marshfield, WI 54449 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Northern Trust Co. / Treemont Holding LP | | |
| | Attn: Eileen Reiss | | |
| | 600 Brickell Ave. | ☐ Contingent | |
| | Miami, FL 33131 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: Notice Purposes | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,100.11 |
|---|---|---|---|
| | Oracle America, Inc. | | |
| | Bank of America Lockbox Services | | |
| | 15612 Collections Center Dr. | ☐ Contingent | |
| | Chicago, IL 60693 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,885.71 |
|---|---|---|---|
| | Osgood Industries, LLC | | |
| | 601 Burbank Rd. | ☐ Contingent | |
| | Oldsmar, FL 34677 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: ADDED | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.58 |
|---|---|---|---|
| | Oterra, LLC | | |
| | Dep CH 19242 | ☐ Contingent | |
| | Palatine, IL 60055-9242 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: ADDED | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $381.30 |
|---|---|---|---|
| | Pace Packaging Corp (Pro Mach) | | |
| | P.O. Box 932808 | ☐ Contingent | |
| | Cleveland, OH 44193 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred ADDED | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Perfect Stix, LLC | | |
| | 4776 Old Dixie Highway | ☐ Contingent | |
| | Vero Beach, FL 32967 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: Notice Purposes Only | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Origin Food Group, LLC | Case number (if known) | 25-50268 |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address
Pet DFA Dairy Brands
P.O. Box 746496
Atlanta, GA 30374-6496

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $267,042.67

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address
Piedmont Forklift Handling, Inc.
120 South Oakland Ave.
Statesville, NC 28677

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $2,102.62

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address
Pipeline Packaging
100 Executive Parkway
Hudson, OH 44236

Date(s) debt was incurred  ADDED

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $9,531.94

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address
Powerhouse Equipment & Engineering Co.
P.O. Box 200128
Pittsburgh, PA 15251-0128

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $16,272.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address
Printcrafters, Inc.
P.O. Box 343
Statesville, NC 28687

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ADDED FOR Notice Purposes Only

Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address
Pump South, Inc.
P.O. Box 1167
Fountain Inn, SC 29644

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address
R-Biopharm, Inc.
870 Vossbrink Dr.
Washington, MO 63090

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $2,274.84

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address
Realzyme, LLC
219 Suite E South Pioneer Blvd.
Springboro, OH 45066

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $2,807.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No    ☐ Yes

---

| | |
|---|---|
| Debtor   Origin Food Group, LLC | Case number (if known)   25-50268 |
| Name | |

---

**3.100**  Nonpriority creditor's name and mailing address
Refrigeration Design & Service
352 Newbold Rd.
Fairless Hills, PA 19030

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$500,447.87

---

**3.101**  Nonpriority creditor's name and mailing address
Republic Services
282 Scotts Creek Rd.
Statesville, NC 28625

Date(s) debt was incurred _

Last 4 digits of account number  1749

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ADDED

Is the claim subject to offset?  ☒ No   ☐ Yes

$16,837.38

---

**3.102**  Nonpriority creditor's name and mailing address
RGK Associates, LLC
15 S. Helderberg Pkwy.
Slingerlands, NY 12159

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$15,925.00

---

**3.103**  Nonpriority creditor's name and mailing address
Rocheleau Tool & Die Co.
10 Stevens Rd.
Fitchburg, MA 01420

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$25,250.40

---

**3.104**  Nonpriority creditor's name and mailing address
RS Americas, Inc.
P.O. Box 841811
Dallas, TX 75284

Date(s) debt was incurred  ADDED

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$338.89

---

**3.105**  Nonpriority creditor's name and mailing address
Ryson Intrenational, Inc.
300 Newsome Dr.
Yorktown, VA 23692

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.106**  Nonpriority creditor's name and mailing address
Scott Search Group, LLC
10304 Drake Hill Dr.
Huntersville, NC 28078-5395

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$19,641.60

---

**3.107**  Nonpriority creditor's name and mailing address
Sentinal Risk Advisors
4700 Six Forks Rd., Ste. 200
Raleigh, NC 27609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

| Debtor | Origin Food Group, LLC | Case number (if known) | 25-50268 |
|---|---|---|---|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address**
Sentry Insurance
P.O. Box 8048
Stevens Point, WI 54481-8048

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address**
Skyview Technology
P.O. Box 296
Cornelius, NC 28031

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $33,220.68

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address**
Stamey Farms
255 Stamey Farm Rd.
Statesville, NC 28677

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $33,293.78

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address**
Stanpack Inc.
7158 Solutions Center
Chicago, IL 60677-7001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $2,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address**
Staples
P.O. Box 105748
Atlanta, GA 30348-5748

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,275.06

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address**
Statesville Analytical Holdings, LLC
P.O Box 228
Statesville, NC 28687

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address**
Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $19,673.62

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**
Taggart Electric, Inc.
200 Merrickville Rd.
Sidney Center, NY 13839

Date(s) debt was incurred  ADDED
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $650.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Origin Food Group, LLC | Case number (if known) | 25-50268 |
|---|---|---|---|
| | Name | | |

---

**3.116** | **Nonpriority creditor's name and mailing address**
Tailored Chemical Products, Inc.
P.O. Box 4186
Hickory, NC 28603

Date(s) debt was incurred  **ADDED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No    ☐ Yes

$1,809.01

---

**3.117** | **Nonpriority creditor's name and mailing address**
Takasago International Corp.
4 Volvo Drive
Rockleigh, NJ 07647-2508

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ADDED**

Is the claim subject to offset?  ☒ No    ☐ Yes

$2,095.30

---

**3.118** | **Nonpriority creditor's name and mailing address**
Technogel American, Inc.
2106-C Cheshire Way
Greensboro, NC 27405

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No    ☐ Yes

$3,678.54

---

**3.119** | **Nonpriority creditor's name and mailing address**
Tetra Pak Inc.
Dept. Ch. 10803
Palatine, IL 60055-0803

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No    ☐ Yes

$43,686.36

---

**3.120** | **Nonpriority creditor's name and mailing address**
The Cincinnati Insurance Companies
P.O. Box 145620
Cincinnati, OH 45250-5620

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?  ☒ No    ☐ Yes

$0.00

---

**3.121** | **Nonpriority creditor's name and mailing address**
Tochiba America Business Solutions
P.O. Box 418600
Boston, MA 02241

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?  ☒ No    ☐ Yes

$0.00

---

**3.122** | **Nonpriority creditor's name and mailing address**
Toshiba Financial Services
P.O. Box 790448
Saint Louis, MO 63179-0448

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No    ☐ Yes

$1,561.60

---

**3.123** | **Nonpriority creditor's name and mailing address**
Travco Safety Solutions
130 Pervie Lane
Statesville, NC 28625

Date(s) debt was incurred  **ADDED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No    ☐ Yes

$456.98

---

| Debtor | Origin Food Group, LLC | Case number (if known) | 25-50268 |
|---|---|---|---|
| | Name | | |

---

**3.124** | **Nonpriority creditor's name and mailing address**
Treehouse California Almonds
P.O. Box 12150
Earlimart, CA 93219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$89,453.00

---

**3.125** | **Nonpriority creditor's name and mailing address**
Tropical Nut & Fruit
P.O. Box 936845
Atlanta, GA 31193-6845

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$442.92

---

**3.126** | **Nonpriority creditor's name and mailing address**
Truist
P.O. Box 580340
Charlotte, NC 25258-0340

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$50,000.00

---

**3.127** | **Nonpriority creditor's name and mailing address**
UHS Premium Billing /United Healthcare
P.O. Box 94017
Palatine, IL 60094-4017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$8,360.43

---

**3.128** | **Nonpriority creditor's name and mailing address**
Uline
P.O. Box 88741
Chicago, IL 60680-1741

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$4,835.29

---

**3.129** | **Nonpriority creditor's name and mailing address**
United Leasing, Inc.
7001 Paul Payne Rd.
Taylorsville, NC 28681

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$8,809.00

---

**3.130** | **Nonpriority creditor's name and mailing address**
United Refrigeration, Inc.
11401 Roosevelt Blvd.
Philadelphia, PA 19154-2197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$3,592.60

---

**3.131** | **Nonpriority creditor's name and mailing address**
Vista Strategies & Solutions Group, LLc
1504 Fifth Ave.
West Hendersonville, NC 28739

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$151,509.00

---

| Debtor | Origin Food Group, LLC | Case number (if known) | 25-50268 |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,890.61 |
|---|---|---|---|

Wells Fargo   Business Line
P.O. .Box 51174
Los Angeles, CA 90051-5474

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,913.23 |
|---|---|---|---|

Wells Fargo Equipment Finance
P.O. Box 858178
Minneapolis, MN 55485-8178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Westside Real Estate, LLC
P.O. Box 7621
Statesville, NC 28687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Purposes Only

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,520.20 |
|---|---|---|---|

Whiteman Osterman & Hanna, LLP
One Commerce Plaza
Albany, NY 12260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Elena Mitchell<br>Moore & Van Allen<br>100 North Tryon Street, Ste.<br>Charlotte, NC 28202-4003 | Line  3.61<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | Hillary Crabtree<br>Moore & Van Allen<br>100 North Tryon Street, Ste. 4700<br>Charlotte, NC 28202-4003 | Line  3.61<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | Robert C. Bowers<br>Moore & Van Allen<br>100 North Tryon St., Ste. 4700<br>Charlotte, NC 28202-4003 | Line  3.61<br><br>☐  Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 49,466.04 |
| 5b. Total claims from Part 2 | 5b. | + $ | 2,794,497.79 |

Debtor    Origin Food Group, LLC_____    Case number (if known)    25-50268_____
         Name

**5c. Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.

5c.    $ _____2,843,963.83

**Fill in this information to identify the case:**

Debtor name _Origin Food Group, LLC_

United States Bankruptcy Court for the: _WESTERN DISTRICT OF NORTH CAROLINA_

Case number (if known) _25-50268_

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | New Surge Drum w/Horizontal Vessel; Level column w/ Sight Eyes; Level Probe; Relief Valves & Isolation Valves AND Trufill Fresh Turbine Meter, Fitment Tooling; E&H Mass Flow Meter; E&H Magnetic Flow meter; Dampening Valve, Dairy Valve, Spare Parts Kit | |
| | State the term remaining | Expires April 2028 | Jules and Associates, Inc. (3) 515 South Figueroa St. Ste. 1900 Los Angeles, CA 90071 |
| | List the contract number of any government contract | _____ | |
| | | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 2014 Tetrapack System | |
| | State the term remaining | Expires April 2028 | Jules and Associates, Inc. (4) 515 South Figueroa St., Ste. 1900 Los Angeles, CA 90071 |
| | List the contract number of any government contract | _____ | |

Debtor 1  <u>Origin Food Group, LLC</u>                                          Case number *(if known)*  <u>25-50268</u>
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | 2010 100 HP Cleaver Brooks Boiler, 4 Pass Dry Back; 150 PSI Design Pressure Natural Gas Fired, Boiler Feed Water System   AND   1 SVC Field Cust Start Up; Hurst BD Separator, Mato90M, Skid Mounted Twin Alternating Softener System, Carbon Steel Boiler Stack w/Rain Cap, Piping Materials | |
| | State the term remaining | Expires April 2028 | Jules and Associates, Inc. (5) 515 South Figueroa St. Ste. 1900 Los Angeles, CA 90071 |
| | List the contract number of any government contract | _____ | |

| | | | |
|---|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Refurbished Cem Smart Trac Moisture/Fat System-includes System5 Microwave Analyzer, Magnet, Processor, Standard Oil, Oil Warmer Block, Film Dispenser Station, Tubes and Operational Manual AND   1 Non Wash Down Labeler Quadrel Q110C, Stainless Steel T-Base Standard | |
| | State the term remaining | Expires July 2027 | |
| | List the contract number of any government contract | _____ | Jules and Associates, Inc. (6) 515 South Figueroa St., Ste. 1900 Los Angeles, CA 90071 |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Gaulin Model KL24 5RA, Size 24 Painted Frame Homogenizer | |
| | State the term remaining | Expires June 2026 | |
| | List the contract number of any government contract | _____ | Navitas Credit Corp. P.O. Box 935204 Atlanta, GA 31193 |

**Fill in this information to identify the case:**

Debtor name  Origin Food Group, LLC

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  25-50268

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other | $4,741,071.44 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $12,048,299.93 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $16,892,879.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Origin Food Group, LLC _____    Case number *(if known)*  25-50268

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    SEE ATTACHED LIST | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    DEBTOR IS INVESTIGATING AND WILL AMEND. | | $0.00 | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    Icelandic Provisions, Inc. vs. Origin Food Group, LLC, Halil Ulukaya and George Samartzis Iredell County, NC #25-CVS-2518 | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

## Statement of Affairs Q#3

| Period | Date | Type | Vendor | Description | Amount |
|---|---|---|---|---|---|
| July 2025 | 07/11 | ACH | CBIZ | ACH CORP DEBIT CBIZflex CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 115.38 Vendor Payroll -Taxes |
| July 2025 | 07/25 | ACH | CBIZ | ACH CORP DEBIT CBIZflex CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 115.38 |
| August 2025 | 08/08 | ACH | CBIZ | ACH CORP DEBIT CBIZflex CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 96.15 |
| August 2025 | 08/21 | ACH | CBIZ | ACH CORP DEBIT CBIZflex CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 96.15 |
| July 2025 | 07/11 | ACH | CBIZ | ACH CORP DEBIT DirDepXfer CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 67278.83 |
| July 2025 | 07/25 | ACH | CBIZ | ACH CORP DEBIT DirDepXfer CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 58325.99 |
| August 2025 | 08/08 | ACH | CBIZ | ACH CORP DEBIT DirDepXfer CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 46342.89 |
| August 2025 | 08/21 | ACH | CBIZ | ACH CORP DEBIT DirDepXfer CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 42304.54 |
| July 2025 | 07/11 | ACH | CBIZ | ACH CORP DEBIT Invoice CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 1298 |
| July 2025 | 07/25 | ACH | CBIZ | ACH CORP DEBIT Invoice CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 2068.88 |
| August 2025 | 08/08 | ACH | CBIZ | ACH CORP DEBIT Invoice CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 858.45 |
| August 2025 | 08/21 | ACH | CBIZ | ACH CORP DEBIT Invoice CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 2045.77 |
| July 2025 | 07/11 | ACH | CBIZ | ACH CORP DEBIT TrustACH CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 5784.42 |
| July 2025 | 07/25 | ACH | CBIZ | ACH CORP DEBIT TrustACH CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 3389.28 |
| August 2025 | 08/08 | ACH | CBIZ | ACH CORP DEBIT TrustACH CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 1812.93 |
| August 2025 | 08/21 | ACH | CBIZ | ACH CORP DEBIT TrustACH CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 939.87 |
| June 2025 | 06/26 | ACH | CBIZ | ACH CORP DEBIT DirDepXfer CBIZ20869OriginFOriginFoodGroupLLCCUSTOMERIDClientBankAcc | 106.89 |
| June 2025 | 06/26 | ACH | CBIZ | ACH CORP DEBIT DirDepXferCBIZ20869OriginFOriginFoodGroupLLCCUSTOMERIDClientBankAcc | 70854.18 |
| June 2025 | 06/26 | ACH | CBIZ | ACH CORP DEBIT Taxes CBIZ20869OriginFOriginFoodGroupLLCCUSTOMERIDClientBankAcc | 21844.6 |
| June 2025 | 06/02 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D724SORIGINFOODGROUPLLC | 84205.51 |
| May 2025 | 05/30 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D724SORIGINFOODGROUPLLCCUSTOMERIDD7245 | 139.41 |
| May 2025 | 05/30 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7245ORIGINFOODGROUPLLCCUSTOMERIDD7245 | 233.34 |
| May 2025 | 05/30 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7245ORIGINFOODGROUPLLCCUSTOMERIDD7245 | 6030.13 |
| May 2025 | 05/30 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7245ORIGINFOODGROUPLLCCUSTOMERIDD7245 | 27239.2 |
| June 2025 | 06/16 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7245ORIGINFOODGROUPLLCCUSTOMERIDD7245 | 139.41 |
| June 2025 | 06/16 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7245ORIGINFOODGROUPLLCCUSTOMERIDD7245 | 649.71 |
| June 2025 | 06/16 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7245ORIGINFOODGROUPLLCCUSTOMERIDD7245 | 4563.73 |
| June 2025 | 06/16 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7245ORIGINFOODGROUPLLCCUSTOMERIDD7245 | 17058.41 |
| June 2025 | 06/16 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7245ORIGINFOODGROUPLLCCUSTOMERIDD7245 | 59804.14 |
| May 2025 | 05/30 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7246ORIGINFOODGROUPLLCCUSTOMERIDD7246 | 82.69 |
| May 2025 | 05/30 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7246ORIGINFOODGROUPLLCCUSTOMERIDD7246 | 83.46 |
| May 2025 | 05/30 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7246ORIGINFOODGROUPLLCCUSTOMERIDD7246 | 5200.68 |
| May 2025 | 05/30 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7246ORIGINFOODGROUPLLCCUSTOMERIDD7246 | 16810.87 |
| June 2025 | 06/13 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7246ORIGINFOODGROUPLLCCUSTOMERIDD7246 | 214.46 |
| June 2025 | 06/13 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7246ORIGINFOODGROUPLLCCUSTOMERIDD7246 | 390.37 |
| June 2025 | 06/13 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7246ORIGINFOODGROUPLLCCUSTOMERIDD7246 | 8896.41 |
| June 2025 | 06/13 | ACH | CBIZ | ACH CORP DEBIT TRANSFER D7246ORIGINFOODGROUPLLCCUSTOMERIDD7246 | 25187.34 |
| June 2025 | 06/26 | ACH | CBIZ | ACH CORP DEBIT TrustACH CBIZ20869OriginFOriginFoodGroupLLCCUSTOMERIDClientBankAcc | 6981.42 |
| June 2025 | 06/27 | ACH | CBIZ | ACH CORP DEBIT Vendor CBIZ20869OriginF00000riginFoodGroucCUSTOMERIDClientBankAcc | 60 |
| July 2025 | 07/11 | ACH | Taxe | ACH CORP DEBIT Taxes CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 20108.08 |
| July 2025 | 07/25 | ACH | Taxe | ACH CORP DEBIT Taxes CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 18235.28 |
| August 2025 | 08/08 | ACH | Taxe | ACH CORP DEBIT Taxes CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 14170.58 |
| August 2025 | 08/21 | ACH | Taxe | ACH CORP DEBIT Taxes CBIZ20869Originf Origin Food Group LLCCUSTOMER ID Client Bank Acc | 12640.71 |
| | | | | | 654803.92 |
| | | | | | |
| July 2025 | 07/02 | ACH | CINTAS | ACH CORP DEBIT 110EC64E16 CINTASCORPORATIO ORIGIN FOOD GROUP LLCCUSTOMER ID | 12826.13 Vendor Smocks - Production Supplies |

| Period | Date | Type | Vendor | Description | Amount | Note |
|---|---|---|---|---|---|---|
| July 2025 | 07/01 | DEBIT | Dominion | INTERNET PAYMENT DRAFT DOMINION ENERGY 2210090285339 | 7129.56 | Services-Natural Gas |
| August 2025 | 08/21 | DEBIT | Dominion | INTERNET PAYMENT DRAFT DOMINION ENERGY 2210090285339 | 10653.83 | |
| | | | | | 17783.39 | |
| July 2025 | 07/21 | ACH | Energy United | ACH CORP DEBIT UTILITY ENERGYUNITED WTR TERRY * STUKBAUERCUSTOMER ID 9804947 | 10002.5 | Services-Water |
| July 2025 | 07/21 | ACH | Energy United | ACH CORP DEBIT WEB PMTS EnergyUnited Ele Origin Food GroupCUSTOMER ID XPY9RQ | 25392.68 | Electricity |
| May 2025 | 05/30 | ACH | Energy United | ACH CORP DEBIT WEBPMTS EnergyUnitedEleOriginFoodGroupCUSTOMERID2JHMGQ | 22004 | |
| June 2025 | 06/24 | ACH | Energy United | ACH CORP DEBIT WEBPMTS EnergyUnitedEleOriginFoodGroupCUSTOMERIDW6DYLQ | 23765.91 | |
| | | | | | 81165.09 | |
| July 2025 | 07/01 | ACH | EQUIP FIN | ACH CORP DEBIT CNTRCT PMT Equip Financing ORIGIN FOOD GROUP, LLCCUSTOMER ID | 1833.8 | Lease Payments |
| August 2025 | 08/01 | ACH | EQUIP FIN | ACH CORP DEBIT CNTRCT PMT Equip Financing ORIGIN FOOD GROUP, LLCCUSTOMER ID | 1833.8 | |
| July 2025 | 07/01 | ACH | EQUIP FIN | ACH CORP DEBIT CNTRCT PMT FC EQUIP FINANCE ORIGIN FOOD GROUP, LLCCUSTOMER ID | 2670.93 | |
| July 2025 | 07/01 | ACH | EQUIP FIN | ACH CORP DEBIT CNTRCT PMT FC EQUIP FINANCE ORIGIN FOOD GROUP, LLCCUSTOMER ID | 4602.71 | |
| August 2025 | 08/01 | ACH | EQUIP FIN | ACH CORP DEBIT CNTRCT PMT FC EQUIP FINANCE ORIGIN FOOD GROUP, LLCCUSTOMER ID | 2670.93 | |
| August 2025 | 08/01 | ACH | EQUIP FIN | ACH CORP DEBIT CNTRCT PMT FC EQUIP FINANCE ORIGIN FOOD GROUP, LLCCUSTOMER ID | 4602.71 | |
| Jun-25 | 06/02 | ACH | EQUIP FIN | ACH CORP DEBIT CNTRCTPMTEquipFinancingORIGINFOODGROUP,LLCCUSTOMERID | 1833.8 | |
| June 2025 | 06/02 | ACH | EQUIP FIN | ACH CORP DEBIT CNTRCTPMTFCEQUIPFINANCEORIGINFOODGROUP,LLCCUSTOMERID | 2670.93 | |
| June 2025 | 06/02 | ACH | EQUIP FIN | ACH CORP DEBIT CNTRCTPMTFCEQUIPFINANCEORIGINFOODGROUP,LLCCUSTOMERID | 4602.71 | |
| | | | | | 27322.32 | |
| June 2025 | 06/06 | ACH | HALE | ACH CORP DEBIT ORIG005 HALETRAILERBRAOriginFoodGroup,LLCCUSTOMERIDORIG005 | 3166 | Trailer Rental |
| July 2025 | 07/08 | ACH | HALE TRAILER BI | ACH CORP DEBIT ORIG005 HALE TRAILER BRA Origin Food Group, LLCCUSTOMER ID ORIG005 | 2726 | |
| August 2025 | 08/06 | ACH | HALE TRAILER BI | ACH CORP DEBIT ORIG005 HALE TRAILER BRA Origin Food Group, LLCCUSTOMER ID ORIG005 | 2946 | |
| | | | | | 8838 | |
| July 2025 | 07/01 | ACH | Huntington | ACH CORP DEBIT CASHCD HUNTINGTON NATIO ORIGIN FOOD GROUP, LLCCUSTOMER ID | 710.02 | Lease Payments |
| July 2025 | 07/02 | ACH | Huntington | ACH CORP DEBIT CASHCD HUNTINGTON NATIO ORIGIN FOOD GROUP, LLCCUSTOMER ID | 4867.81 | |
| August 2025 | 08/01 | ACH | Huntington | ACH CORP DEBIT CASHCD HUNTINGTON NATIO ORIGIN FOOD GROUP, LLCCUSTOMER ID | 710.02 | |
| August 2025 | 08/19 | ACH | Huntington | ACH CORP DEBIT CASHCD HUNTINGTON NATIO ORIGIN FOOD GROUP, LLCCUSTOMER ID | 243.39 | |
| June 2025 | 06/03 | ACH | Huntington | ACH CORP DEBIT CASHCD HUNTINGTONNATIOORIGINFOODGROUP,LLCCUSTOMERID | 710.02 | |
| June 2025 | 06/03 | ACH | Huntington | ACH CORP DEBIT CASHCD HUNTINGTONNATIOORIGINFOODGROUP,LLCCUSTOMERID | 4867.81 | |
| | | | | | 12109.07 | |
| Jun-25 | 6/22/2025 | ACH | Insurance | ACH CORP DEBIT IPFSPMTFLP IPFS855-891-2582 ORIGIN FOOD GROUP, LLCCUSTOMER ID 102570 | 3259.47 | Recall Ins |
| July 2025 | 07/22 | ACH | Insurance | ACH CORP DEBIT IPFSPMTFLP IPFS855-891-2582 ORIGIN FOOD GROUP, LLCCUSTOMER ID 102570 | 3259.47 | |
| August 2025 | 08/28 | ACH | Insurance | ACH CORP DEBIT IPFSPMTFLP IPFS855-891-2582 ORIGIN FOOD GROUP, LLCCUSTOMER ID 102570 | 3259.47 | |
| | | | | | 9778.41 | |

| Period | Payee | Type | Date | Description | Amount | Category |
|---|---|---|---|---|---|---|
| June 2025 | Pope Mcmillan | DEBIT | 06/30 | INTERNETPAYMENTPOPEMCMILLANPAST-K3A3G7Y6A1P3 | 25000 | 5000 Attorney Fee's |
| June 2025 | Pope Mcmillan | DEBIT | 06/30 | INTERNETPAYMENTPOPEMCMILLANPAST-R1A9M8Q3D1R9 | 30000 | |
| June 2025 | Republic | DEBIT | 06/18 | INTERNETPAYMENTRSIBILLPAYREPUBLICSERVICES306852201749 | 14586.97 | Garbage Sevice |
| July 2025 | Sentry | ACH | 07/22 | ACH CORP DEBIT Ins Pmt Sentry Insurance Origin Food Group LLCCUSTOMER ID 217998031 | 12371.18 | Liab Insurance |
| July 2025 | Sentry | ACH | 07/31 | ACH CORP DEBIT Ins Pmt Sentry Insurance Origin Food Group LLCCUSTOMER ID 218828905 | 10000 | |
| May 2025 | Sentry | ACH | 05/28 | ACH CORP DEBIT InsPmt SentryInsuranceOriginFoodGroupLLCCUSTOMERID213667085 | 12496.26 | |
| June 2025 | Sentry | ACH | 06/30 | ACH CORP DEBIT InsPmt SentryInsuranceOriginFoodGroupLLCCUSTOMERID216173177 | 12496.26 | |
| | | | | | 47363.7 | |
| July 2025 | TQL | DEBIT | 07/01 | INTERNET PAYMENT TRANSFER PAYPAL TOTAL QUALITY L | 2025 | Freight Expense |
| July 2025 | TQL | DEBIT | 07/15 | INTERNET PAYMENT TRANSFER PAYPAL TOTAL QUALITY L | 1775 | |
| July 2025 | TQL | DEBIT | 07/21 | INTERNET PAYMENT TRANSFER PAYPAL TOTAL QUALITY L | 1775 | |
| July 2025 | TQL | DEBIT | 07/28 | INTERNET PAYMENT TRANSFER PAYPAL TOTAL QUALITY L | 2525 | |
| July 2025 | TQL | DEBIT | 07/30 | INTERNET PAYMENT TRANSFER PAYPAL TOTAL QUALITY L | 1775 | |
| August 2025 | TQL | DEBIT | 08/08 | INTERNET PAYMENT TRANSFER PAYPAL TOTAL QUALITY L | 1775 | |
| August 2025 | TQL | DEBIT | 08/13 | INTERNET PAYMENT TRANSFER PAYPAL TOTAL QUALITY L | 1775 | |
| August 2025 | TQL | DEBIT | 08/20 | INTERNET PAYMENT TRANSFER PAYPAL TOTAL QUALITY L | 1775 | |
| August 2025 | TQL | DEBIT | 08/28 | INTERNET PAYMENT TRANSFER PAYPAL TOTAL QUALITY L | 1775 | |
| August 2025 | TQL | DEBIT | 08/29 | INTERNET PAYMENT TRANSFER PAYPAL TOTAL QUALITY L | 2525 | |
| June 2025 | TQL | DEBIT | 06/09 | INTERNETPAYMENTTRANSFER PAYPALTOTALQUALITYL | 1575 | |
| June 2025 | TQL | DEBIT | 06/11 | INTERNETPAYMENTTRANSFER PAYPALTOTALQUALITYL | 1575 | |
| June 2025 | TQL | DEBIT | 06/20 | INTERNETPAYMENTTRANSFER PAYPALTOTALQUALITYL | 1575 | |
| June 2025 | TQL | DEBIT | 06/20 | INTERNETPAYMENTTRANSFER PAYPALTOTALQUALITYL | 2225 | |
| June 2025 | TQL | DEBIT | 06/26 | INTERNETPAYMENTTRANSFER PAYPALTOTALQUALITYL | 1575 | |
| | | | | | 28025 | |
| May-25 | Truist | CC Payment | 5/23/2025 | Truist Online CC Payment to 9011 | 5000 | 3000 Truist Credit Card Payments |
| May 2025 | Truist | CC Payment | 5/27/2025 | Truist Online CC Payment to 9011 | 5000 | |
| May 2025 | Truist | CC Payment | 05/28 | Truist Online CC Payment to 9011 | 2000 | |
| June 2025 | Truist | CC Payment | 06/06 | Truist Online CC Payment to 9011 | 2000 | |
| Jun-25 | Truist | CC Payment | 6/9/2025 | Truist Online CC Payment to 9011 | 3000 | |
| Jun-25 | Truist | CC Payment | 6/11/2025 | Truist Online CC Payment to 9011 | 5000 | |
| Jun-25 | Truist | CC Payment | 6/16/2025 | Truist Online CC Payment to 9011 | 1000 | |
| Jun-25 | Truist | CC Payment | 6/20/2025 | Truist Online CC Payment to 9011 | 2000 | |
| Jun-25 | Truist | CC Payment | 6/23/2025 | Truist Online CC Payment to 9011 | 5,000 | |
| Jul-25 | Truist | CC Payment | 7/9/2025 | Truist Online CC Payment to 9011 | 5000 | |
| July 2025 | Truist | CC Payment | 07/16 | Truist Online CC Payment to 9011 | 2000 | |
| July 2025 | Truist | CC Payment | 7/18/2025 | Truist Online CC Payment to 9011 | 1017 | |

| Date | Description | | Amount | |
|---|---|---|---|---|
| Jul-25 | CC Payment | Truist | Truist Online CC Payment to 9011 | 5000 |
| July 2025 | CC Payment | Truist | Truist Online CC Payment to 9011 | 3000 |
| August 2025 | CC Payment | Truist | Truist Online CC Payment to 9011 | 2000 |
| August 2025 | CC Payment | Truist | Truist Online CC Payment to 9011 | 1200 |
| August 2025 | CC Payment | Truist | Truist Online CC Payment to 9011 | 2984 |
| | | | | 53201 |

| Date | Type | Description | Amount | |
|---|---|---|---|---|
| July 2025 | ACH | United Healthca ACH CORP DEBIT Billing Unitedhealthcare 0007ORIGIN FOOD GROUCUSTOMER ID 151539221890 | 28732.31 | Medical Ins |
| June 2025 | ACH | United Healthca ACH CORP DEBIT Billing Unitedhealthcared0007ORIGINFOODGROUCUSTOMERID151539225951 | 39863.78 | |
| | | | 68596.09 | |

| Transaction Dat | Check # If Applicable | Vendor | Amount | | | |
|---|---|---|---|---|---|---|
| 5/23/2025 | | AFCO Sanitatic 36032.48 | AFCO | | 61090.88 | Sanitation Chemicals |
| 7/18/2025 | | AFCO Sanitatic 25058.4 | | | | |
| 7/30/2025 | | Atlantic Corp ( 20000 | Atlantic Corp Of Wilmington | | 20000 | Packaging - COGS |
| 6/30/2025 | | BeaconPoint 4834 | BeaconPoint Labs | | 21931 | 3rd Party Testing Lab |
| 7/18/2025 | | BeaconPoint 7754 | 150 N. Research Campus Drive | | | |
| 6/2/2025 | | Beaconpoint 9343 | Kannapolis, NC 28081 | | | |
| 6/9/2025 | | Berkshire Dair 8886.53 | Berkshire Dairy & Food Products | | 33384.84 | Ingredients for Production-COGS |
| 6/20/2025 | | Berkshire Dair 11463 | 32145 Collection Center Dr. | | | |
| 7/3/2025 | | Berkshire Dair 9882.73 | Chicago, IL 60693-0321 | | | |
| 8/8/2025 | | Berkshire Dair 3152.58 | | | | |
| 7/9/2025 | | CKS Packaging 31355.91 | CKS Packaging | | 41255.91 | Bottles-COGS |
| 7/24/2025 | | CKS Packaging 9900 | | | | |
| 5/23/2025 | | Desco 2000 | Desco | | 9992.46 | Maintenace Supplies |
| 7/21/2025 | | Desco 7992.46 | | | | |
| 5/27/2025 | | DFADairyBran 54329.53 | DFADairyBrands | | 346601.72 | Milk/Cream - Ingredients COGS |
| 6/6/2025 | | DFADairyBran 10617.95 | | | | |
| 6/9/2025 | | DFADairyBran 31524.98 | | | | |
| 6/10/2025 | | DFADairyBran 15764.06 | | | | |
| 6/11/2025 | | DFADairyBran 50139.96 | | | | |
| 6/24/2025 | | DFADairyBran 50510.36 | | | | |
| 6/27/2025 | | DFADairyBran 19731.44 | | | | |
| 7/9/2025 | | DFADairyBran 38983.44 | | | | |
| 7/21/2025 | | DFADairyBran 50000 | | | | |
| 7/25/2025 | | DFADairyBran 25000 | | | | |

| Date | Ref | Payee | Amount | Vendor | Total | Description |
|---|---|---|---|---|---|---|
| 5/23/2025 | | Edgar Nixson f | 1500 | Edgar Nixson | 18000 | Pallets - Shipping Supplies |
| 6/3/2025 | | Edgar Nixson f | 1500 | | | |
| 6/9/2025 | | Edgar Nixson f | 1500 | | | |
| 6/16/2025 | | Edgar Nixson f | 1500 | | | |
| 6/23/2025 | | Edgar Nixson f | 1500 | | | |
| 7/17/2025 | | Edgar Nixson f | 1500 | | | |
| 7/24/2025 | | Edgar Nixson f | 1500 | | | |
| 7/31/2025 | | Edgar Nixson f | 1500 | | | |
| 8/8/2025 | | Edgar Nixson f | 1500 | | | |
| 8/14/2025 | | Edgar Nixson f | 1500 | | | |
| 6/27/2025 | 19456 | Edgar Nixson f | 1500 | | | |
| 7/10/2025 | 19461 | Edgar Nixson f | 1500 | | | |
| 7/9/2025 | | ICI Foods | 6900 | ICI Foods | 10681.25 | Sugar - Ingredients-COGS |
| 7/29/2025 | | ICI Foods | 3781.25 | | | |
| 6/27/2025 | | IPS | 7109.74 | IPS Packaging | 40264.65 | Packaging - COGS |
| 8/18/2025 | | IPS | 3596.4 | | | |
| 6/5/2025 | | IPS | 29558.51 | | | |
| 5/29/2025 | 19447 | Lentz Septic | 7440 | Lentz Septic | 35840 | Waste Hauling |
| 6/20/2025 | 19452 | Lentz Septic | 5000 | | | |
| 6/24/2025 | 19455 | Lentz Septic | 11360 | | | |
| July 2025 | ACH | Lentz Septic | 1400 | | | |
| July 2025 | ACH | Lentz Septic | 10640 | | | |
| 6/5/2025 | | MarylandVAC | 44373.6 | MarylandVACoOp | 55573.6 | Milk/Cream - Ingredients COGS |
| 6/16/2025 | | MarylandVAC | 11200 | | | |
| 7/18/2025 | | ORACLEUSA | 17100.11 | ORACLEUSA | 17100.11 | Software |
| 7/25/2025 | | PipelinePacka | 43509.3 | PipelinePackaging | 43509.3 | Packaging - COGS |
| 6/5/2025 | | Powerhouse | 4262.58 | Powerhouse/Atlas | 13740.79 | Equipment Repairs |
| 7/14/2025 | | Powerhouse | 3000 | | | |
| 7/31/2025 | | Powerhouse | 2000 | | | |
| 8/12/2025 | | Powerhouse | 4478.21 | | | |
| 5/23/2025 | | Rocheleau | 25240 | Rocheleau | 25240 | Bottles-COGS |
| 6/5/2025 | | Technogel US/ | 21622.63 | Technogel USA | 21622.63 | Equipment Repairs |
| 7/9/2025 | 19459 | United Leasing | 9800 | United Leasing | 9800 | Freight |

Debtor    Origin Food Group, LLC _____    Case number (if known)  25-50268 _____

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Essex Richards, P.A.<br>1701 South Boulevard<br>Charlotte, NC 28203 | | $20,600 into Essex Richards trust account on August 14, 2025; attorney fees and filing fee of $7,813 paid from trust into operating on date of filing, 8/20/2025. | $20,600.00 |

**Email or website address**
jwoodman@essexrichards.com

**Who made the payment, if not debtor?**
Helin, LLC

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Debtor | Origin Food Group, LLC | Case number *(if known)* | 25-50268 |
|---|---|---|---|

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Pope McMillan, PA<br>113 N. Center St., Unit 200<br>Statesville, NC 28677 | | | Unknown |
| | **Relationship to debtor**<br>State court counsel | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Origin Food Group, LLC | | Case number (if known) | 25-50268 |
|---|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Bank | XXXX-3458 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | July 2025 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Robert Shields | Near the shop. | Tool box with tools belong to maintenance employee. | Unknown |
| Raven Riopelle | Located in the shop. | Tools belong to maintenance employee. | Unknown |
| George Buff | In the office/shop area | Tools owned by maintenance supervisor. | Unknown |
| Various Customers | At Origin | Packing and ingredients | $0.00 |

**Part 12:    Details About Environment Information**

| Debtor | Origin Food Group, LLC | Case number *(if known)* | 25-50268 |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.** **Books, records, and financial statements**
   **26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Terry Stukbauer<br>895 Cal Kennedy Road<br>Cleveland, NC 27013 | September 2021 to present |
| 26a.2. | Martin & Pellegrin, CPA<br>103 Ramey Road<br>Houma, LA 70360 | September 2022 to present |

   **26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

Debtor  Origin Food Group, LLC                                    Case number *(if known)*  25-50268

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Martin & Pellegrin, CPA<br>103 Ramey Road<br>Houma, LA 70360 | September 2022 to present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Terry Stukbauer<br>895 Cal Kennedy Rd.<br>Cleveland, NC 27013 | September 2021 to present |
| 26c.2.    Martin & Pellegrin, CPA<br>103 Ramey Road<br>Houma, LA 70360 | September 2022 to present |
| 26c.3.    Halil Ulukaya<br>306 Stamey Farm Rd.<br>Statesville, NC 28677 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Halil Ulukaya | 172 Morrison Hill Rd.<br>Davidson, NC 28036 | President | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| George Samartzis | 57 Fairhaven Dr.<br>Allendale, NJ 07401 | Former VP of Marketing | 50% owner from 3/9/2020 to 8/14/2025 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

| Debtor | Origin Food Group, LLC | Case number (if known) | 25-50268 |

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. DEBTOR IS INVESTIGATING AND WILL AMEND | | | |

Relationship to debtor

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

| /s/ Halil Ulukaya | Halil Ulukaya |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor      President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re   Origin Food Group, LLC          Case No.   25-50268

              Debtor(s)      Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................... $   Fees & Expenses

     Prior to the filing of this statement I have received ..................................... $   20,600.00

     Balance Due ............................................................................................ $   Pending Fee Appl.

2.   The source of the compensation paid to me was:

     ☐ Debtor     ☒ Other (specify):     Helin, LLC

3.   The source of compensation to be paid to me is:

     ☒ Debtor     ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/10/2025             /s/ John C. Woodman

_Date_                   John C. Woodman
                      _Signature of Attorney_
                      ESSEX RICHARDS PA
                      1701 South Boulevard
                      Charlotte, NC 28203
                      (704) -37-7-43x00   Fax: (704) -37-2-13x57
                      jwoodman@essexrichards.com
                      _Name of law firm_