

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 25–50268
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Origin Food Group, LLC
306 Stamey Farm Road
Statesville, NC 28677
Social Security No.:
Debtor EIN:
27–2243497

# ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

To the debtor, creditors, and other parties in interest:

A disclosure statement and plan under Chapter 11 of the Bankruptcy Code was filed on 06/10/2026.

## IT IS ORDERED AND NOTICE IS GIVEN THAT:

1. The hearing to consider approval of the disclosure statement will be held on August 14, 2026 at 11:00 AM , Bankruptcy Courtroom, First Floor, 200 West Broad Street, Statesville, NC 28677.
2. The last date to file and serve written objections to the disclosure statement pursuant to Rule 3017(a) is fixed as August 7, 2026.
3. By July 14, 2026, the plan proponent shall transmit a copy of the disclosure statement and plan to the debtor, trustee, each committee appointed pursuant to Section 1102 of the Code, the Securities and Exchange Commission, and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan.
4. Within(7) days of entry date of this order, the plan proponent shall serve this order on all parties in interest.
5. Requests for copies of the disclosure statement and plan should be directed to:

Origin Food Group, LLC
c/o John C. Woodman
Essex Richards
1701 South Boulevard
Charlotte, NC 28203

Dated: June 11, 2026

BY THE COURT

Laura T. Beyer
United States Bankruptcy Judge

Electronically filed and signed (6/11/26)