FILED & JUDGMENT ENTERED
Christine F. Ramsey

October 14 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| **ORIGIN FOOD GROUP, LLC,** | ) | **Chapter 11** |
| | ) | **Case No. 25-50268** |
| **Debtor.** | ) | |
| | ) | |

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF AMENDED PLAN, COMBINED WITH NOTICE THEREOF**

THE COURT considered the Debtor's *Disclosure Statement for Plan of Reorganization of Origin Food Group, LLC* [Doc. 225] ("Disclosure Statement") and *C.K.S. Packaging, Inc.'s Objection to Disclosure Statement* [Doc. 235] (the "Objection"),[1] which came on for hearing on August 26, 2026. John C. Woodman of Essex Richards, P.A. appeared on behalf of the Debtor, Richard Wright appeared on behalf of C.K.S. Packaging, Inc. and Shelley Abel appeared on behalf of the United States Bankruptcy Administrator for the Western District of North Carolina.

Based on the statements set forth in the Disclosure Statement, arguments from counsel and the record in this case, for statements made on the record and good cause appearing therefor; it

[1] The points raised by creditor C.K.S. Packaging, Inc. in the Objection are addressed not only by the terms of this Order, but also in that *Stipulated Order Allowing Administrative Claim and Granting Related Relief* [Doc. 248] entered on September 3, 2026.

having been determined after hearing on notice that the Disclosure Statement (as amended) contains adequate information;

**IT IS HEREBY ORDERED THAT:**

(i) the Disclosure Statement is **APPROVED** subject to the terms of this Order.

(ii) the Debtor shall file an amended plan (the "Amended Plan") contemporaneously with entry of this Order. The specific revisions in the Amended Plan are as follows:

a. First Commonwealth Equipment Finance shall have an allowed Claim in Class 3 providing for a secured claim of $50,000 related to the Debtor's Tetra Pack 2 Loop and Class 4 providing for a secured claim of $60,000.00 related to the Debtor's Boiler which is memorialized in that certain *Stipulation Between Debtor and First Commonwealth Equipment Finance* [Doc. 230];

b. First Citizens Bank & Trust shall have an allowed Claim in Class 5 providing for a secured claim of $20,000 related to the Debtor's CEM Smart Trac Moisture Fat System which is memorialized in that certain *Stipulation Between Debtor and First Citizens Bank & Trust* [Doc. 243];

c. C.K.S Packaging, Inc. shall have an allowed administrative claim pursuant to 11 U.S.C. § 503(b)(9) with priority pursuant to 11 U.S.C. § 507(a)(2) in the amount of $27,519.29 which is memorialized in that certain *Stipulated Order Allowing Administrative Claim and Granting Related Relief* [Doc. 248]

(iii) November 27, 2026 is fixed as the last day for filing written acceptances or rejections of the Amended Plan referred to above.

(iv) By October 16, 2026 a copy of this Order, the Amended Plan, the Disclosure Statement and a ballot confirming to Official Form B 314 shall be transmitted by the Debtor by

mail to creditors, equity security holders and other parties in interest as provided in Rule 3017(d), and the Debtor shall file a Certificate of Service showing proof thereof.

(v) December 4, 2026 at 11:00 A.M. is fixed for the hearing on confirmation of the Amended Plan before the Honorable Laura T. Beyer in the Bankruptcy Courtroom, First Floor, 200 West Broad Street, Statesville, NC 28677.

(vi) November 27, 2026 is fixed as the last day for filing and serving pursuant to Rule 3020(b)(1) written objections to confirmation of the Amended Plan.

(vii) This Court shall retain jurisdiction over any and all issues arising from or related to the interpretation of this Order.

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |